**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

Eastern District of Washington

Case number (If known): _____

Chapter you are filing under:
- ☑ Chapter 7
- ☐ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13

☐ Check if this is an amended filing

Official Form 101

# Voluntary Petition for Individuals Filing for Bankruptcy    6/24

The bankruptcy forms use *you* and *Debtor 1* to refer to a debtor filing alone. A married couple may file a bankruptcy case together—called a *joint case*—and in joint cases, these forms use *you* to ask for information from both debtors. For example, if a form asks, "Do you own a car," the answer would be *yes* if either debtor owns a car. When information is needed about the spouses separately, the form uses *Debtor 1* and *Debtor 2* to distinguish between them. In joint cases, one of the spouses must report information as *Debtor 1* and the other as *Debtor 2*. The same person must be *Debtor 1* in all of the forms.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1:    Identify Yourself

|  | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|
| **1. Your full name**<br><br>Write the name that is on your government-issued picture identification (for example, your driver's license or passport).<br><br>Bring your picture identification to your meeting with the trustee. | Jarod<br>First name<br><br>Cecil<br>Middle name<br><br>Breshears<br>Last name<br><br>_____<br>Suffix (Sr., Jr., II, III) | Darcy<br>First name<br><br>Diane<br>Middle name<br><br>Breshears<br>Last name<br><br>_____<br>Suffix (Sr., Jr., II, III) |
| **2. All other names you have used in the last 8 years**<br><br>Include your married or maiden names and any assumed, trade names and doing business as names.<br><br>Do NOT list the name of any separate legal entity such as a corporation, partnership, or LLC that is not filing this petition. | | |
| **3. Only the last 4 digits of your Social Security number or federal Individual Taxpayer Identification number (ITIN)** | xxx – xx – 8 3 0 5<br>OR<br>9 xx – xx – ___ ___ ___ ___ | xxx – xx – 1 7 9 2<br>OR<br>9 xx – xx – ___ ___ ___ ___ |

26-00394-FPC7    Doc 1    Filed 03/05/26    Entered 03/05/26 15:48:22    Pg 1 of 85

|  | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|

**4. Your Employer Identification Number (EIN), if any.**

| About Debtor 1 | About Debtor 2 |
|---|---|
| EIN _____ | EIN _____ |
| EIN _____ | EIN _____ |
| EIN _____ | EIN _____ |
| EIN _____ | EIN _____ |

**5. Where you live**

| About Debtor 1 | If Debtor 2 lives at a different address: |
|---|---|

21900 E Country Vista Drive

Number        Street

Unit U208

Liberty Lake          WA      99019

City              State      ZIP Code

Spokane County

County

| Number        Street |
|---|

| City              State      ZIP Code |
|---|

| County |
|---|

**If your mailing address is different from the one above, fill it in here.** Note that the court will send any notices to you at this mailing address.

**If Debtor 2's mailing address is different from yours, fill it in here.** Note that the court will send any notices to this mailing address.

Number        Street

P.O. Box

City              State      ZIP Code

Number        Street

P.O. Box

City              State      ZIP Code

**6. Why you are choosing *this district* to file for bankruptcy**

*Check one:*

☑ Over the last 180 days before filing this petition, I have lived in this district longer than any other district.

☐ I have another reason. Explain.

(See 28 U.S.C. § 1408.)

*Check one:*

☑ Over the last 180 days before filing this petition, I have lived in this district longer than any other district.

☐ I have another reason. Explain.

(See 28 U.S.C. § 1408.)

| Part 2: | Tell the Court About Your Bankruptcy Case |
|---|---|

**7. The chapter of the Bankruptcy Code you are choosing to file under**

*Check one.* (For a brief description of each, see *Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy* (Form 2010)). Also, go to the top of page 1 and check the appropriate box.

☑ Chapter 7

☐ Chapter 11

☐ Chapter 12

☐ Chapter 13

**8. How you will pay the fee**

☐ **I will pay the entire fee when I file my petition.** Please check with the clerk's office in your local court for more details about how you may pay. Typically, if you are paying the fee yourself, you may pay with cash, cashier's check, or money order. If your attorney is submitting your payment on your behalf, your attorney may pay with a credit card or check with a pre-printed address.

☑ **I need to pay the fee in installments.** If you choose this option, sign and attach the *Application for Individuals to Pay The Filing Fee in Installments* (Official Form 103A).

☐ **I request that my fee be waived** (You may request this option only if you are filing for Chapter 7. By law, a judge may, but is not required to, waive your fee, and may do so only if your income is less than 150% of the official poverty line that applies to your family size and you are unable to pay the fee in installments). If you choose this option, you must fill out the *Application to Have the Chapter 7 Filing Fee Waived* (Official Form 103B) and file it with your petition.

**9. Have you filed for bankruptcy within the last 8 years?**

☑ No
☐ Yes.

| | | | |
|---|---|---|---|
| District _____ | When _____ | Case number _____ |
| District _____ | When _____ | Case number _____ |
| District _____ | When _____ | Case number _____ |

**10. Are any bankruptcy cases pending or being filed by a spouse who is not filing this case with you, or by a business partner, or by an affiliate?**

☑ No
☐ Yes.

| | | |
|---|---|---|
| Debtor _____ | Relationship to you _____ |
| District _____ When _____ | Case number, if known _____ |
| Debtor _____ | Relationship to you _____ |
| District _____ When _____ | Case number, if known _____ |

**11. Do you rent your residence?**

☐ No. Go to line 12.
☑ Yes. Has your landlord obtained an eviction judgment against you?

    ☑ No. Go to line 12.

    ☐ Yes. Fill out *Initial Statement About an Eviction Judgment Against You* (Form 101A) and file it with this bankruptcy petition.

26-00394-FPC7   Doc 1   Filed 03/05/26   Entered 03/05/26 15:48:22   Pg 3 of 85

## Part 3: Report About Any Businesses You Own as a Sole Proprietor

**12. Are you a sole proprietor of any full- or part-time business?**

A sole proprietorship is a business you operate as an individual, and is not a separate legal entity such as a corporation, partnership, or LLC.

If you have more than one sole proprietorship, use a separate sheet and attach it to this petition.

☑ No. Go to Part 4.

☐ Yes. Name and location of business

Name of business, if any

Number    Street

City           State    ZIP Code

*Check the appropriate box to describe your business:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ None of the above

**13. Are you filing under Chapter 11 of the Bankruptcy Code, and are you a small business debtor?**

For a definition of *small business debtor,* see 11 U.S.C. § 101(51D).

*If you are filing under Chapter 11, the court must know whether you are a small business debtor so that it can set appropriate deadlines. If you indicate that you are a small business debtor, you must attach your most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).*

☑ No. I am not filing under Chapter 11.

☐ No. I am filing under Chapter 11, but I am NOT a small business debtor according to the definition in the Bankruptcy Code.

☐ Yes. I am filing under Chapter 11 and I am a small business debtor according to the definition in the Bankruptcy Code, and I do not choose to proceed under Subchapter V of Chapter 11.

☐ Yes. I am filing under Chapter 11, I am a small business debtor according to the definition in the Bankruptcy Code, and I choose to proceed under Subchapter V of Chapter 11.

## Part 4: Report if You Own or Have Any Hazardous Property or Any Property That Needs Immediate Attention

**14. Do you own or have any property that poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety? Or do you own any property that needs immediate attention?**

*For example, do you own perishable goods, or livestock that must be fed, or a building that needs urgent repairs?*

☑ No

☐ Yes. What is the hazard?

If immediate attention is needed, why is it needed?

Where is the property?

---

**Part 5:**    Explain Your Efforts to Receive a Briefing About Credit Counseling

---

**15. Tell the court whether you have received a briefing about credit counseling.**

The law requires that you receive a briefing about credit counseling before you file for bankruptcy. You must truthfully check one of the following choices. If you cannot do so, you are not eligible to file.

If you file anyway, the court can dismiss your case, you will lose whatever filing fee you paid, and your creditors can begin collection activities again.

**About Debtor 1:**

*You must check one:*

☑ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

☐ **Incapacity.**   I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.**   My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.**   I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

**About Debtor 2 (Spouse Only in a Joint Case):**

*You must check one:*

☑ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

☐ **Incapacity.**   I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.**   My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.**   I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

---

## Part 6:  Answer These Questions for Reporting Purposes

**16. What kind of debts do you have?**

**16a. Are your debts primarily consumer debts?** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

☐ No. Go to line 16b.
☑ Yes. Go to line 17.

**16b. Are your debts primarily business debts?** *Business debts* are debts that you incurred to obtain money for a business or investment or through the operation of the business or investment.

☐ No. Go to line 16c.
☐ Yes. Go to line 17.

16c. State the type of debts you owe that are not consumer debts or business debts.

_____

**17. Are you filing under Chapter 7?**

☐ No. I am not filing under Chapter 7. Go to line 18.

**Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available for distribution to unsecured creditors?**

☑ Yes. I am filing under Chapter 7. Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available to distribute to unsecured creditors?

☑ No
☐ Yes

**18. How many creditors do you estimate that you owe?**

☑ 1-49
☐ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5,001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**19. How much do you estimate your assets to be worth?**

☑ $0-$50,000
☐ $50,001-$100,000
☐ $100,001-$500,000
☐ $500,001-$1 million

☐ $1,000,001-$10 million
☐ $10,000,001-$50 million
☐ $50,000,001-$100 million
☐ $100,000,001-$500 million

☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

**20. How much do you estimate your liabilities to be?**

☐ $0-$50,000
☐ $50,001-$100,000
☐ $100,001-$500,000
☑ $500,001-$1 million

☐ $1,000,001-$10 million
☐ $10,000,001-$50 million
☐ $50,000,001-$100 million
☐ $100,000,001-$500 million

☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

## Part 7:  Sign Below

**For you**

I have examined this petition, and I declare under penalty of perjury that the information provided is true and correct.

If I have chosen to file under Chapter 7, I am aware that I may proceed, if eligible, under Chapter 7, 11,12, or 13 of title 11, United States Code. I understand the relief available under each chapter, and I choose to proceed under Chapter 7.

If no attorney represents me and I did not pay or agree to pay someone who is not an attorney to help me fill out this document, I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I understand making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

✗ /s/ Jarod Cecil Breshears
Signature of Debtor 1

✗ /s/ Darcy Diane Breshears
Signature of Debtor 2

Executed on  03/05/2026
MM / DD / YYYY

Executed on  03/05/2026
MM / DD / YYYY

| | |
|---|---|
| **For your attorney, if you are represented by one**<br><br>**If you are not represented by an attorney, you do not need to file this page.** | I, the attorney for the debtor(s) named in this petition, declare that I have informed the debtor(s) about eligibility to proceed under Chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each chapter for which the person is eligible. I also certify that I have delivered to the debtor(s) the notice required by 11 U.S.C. § 342(b) and, in a case in which § 707(b)(4)(D) applies, certify that I have no knowledge after an inquiry that the information in the schedules filed with the petition is incorrect. |

X /s/ Christopher Williams

Date 03/05/2026

Signature of Attorney for Debtor        MM / DD / YYYY

Christopher Williams
Printed name

Kootenai Bankruptcy, PLLC
Firm name

8475 N. Government Way
Number    Street

#101

Hayden        ID       83835
City        State       ZIP Code

Contact phone 208-719-0232       Email address chris@kootenaibankruptcy.com

63478            WA
Bar number        State

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | Jarod Cecil Breshears | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | Darcy Diane Breshears | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: Eastern District of Washington

Case number _____
(If known)

☐ Check if this is an amended filing

# Official Form 106Sum

## Summary of Your Assets and Liabilities and Certain Statistical Information   12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new *Summary* and check the box at the top of this page.

### Part 1:  Summarize Your Assets

|  | | Your assets<br>Value of what you own |
|---|---|---|
| 1. | *Schedule A/B: Property* (Official Form 106A/B) | |
| | 1a. Copy line 55, Total real estate, from *Schedule A/B*........................................................ | $0.00 |
| | 1b. Copy line 62, Total personal property, from *Schedule A/B*........................................... | $33,209.30 |
| | 1c. Copy line 63, Total of all property on *Schedule A/B*..................................................... | $33,209.30 |

### Part 2:  Summarize Your Liabilities

|  | | Your liabilities<br>Amount you owe |
|---|---|---|
| 2. | *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D) | |
| | 2a. Copy the total you listed in Column A, *Amount of claim*, at the bottom of the last page of Part 1 of *Schedule D* ............ | $28,842.00 |
| 3. | *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F) | |
| | 3a. Copy the total claims from Part 1 (priority unsecured claims) from line 6e of *Schedule E/F* ........................................... | $0.00 |
| | 3b. Copy the total claims from Part 2 (nonpriority unsecured claims) from line 6j of *Schedule E/F*...................................... | + $627,950.85 |
| | **Your total liabilities** | $656,792.85 |

### Part 3:  Summarize Your Income and Expenses

|  | | |
|---|---|---|
| 4. | *Schedule I: Your Income* (Official Form 106I)<br>Copy your combined monthly income from line 12 of *Schedule I* ................................................. | $6,496.97 |
| 5. | *Schedule J: Your Expenses* (Official Form 106J)<br>Copy your monthly expenses from line 22c of *Schedule J* ...................................................... | $6,316.44 |

26-00394-FPC7    Doc 1    Filed 03/05/26    Entered 03/05/26 15:48:22    Pg 8 of 85

| Part 4: | Answer These Questions for Administrative and Statistical Records |
|---|---|

**6. Are you filing for bankruptcy under Chapters 7, 11, or 13?**

☐ No. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

☑ Yes

**7. What kind of debt do you have?**

☑ **Your debts are primarily consumer debts.** *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose." 11 U.S.C. § 101(8). Fill out lines 8-9g for statistical purposes. 28 U.S.C. § 159.

☐ **Your debts are not primarily consumer debts.** You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

**8.** From the *Statement of Your Current Monthly Income*: Copy your total current monthly income from Official Form 122A-1 Line 11; **OR**, Form 122B Line 11; **OR**, Form 122C-1 Line 14.

$ 7,110.47

**9. Copy the following special categories of claims from Part 4, line 6 of *Schedule E/F*:**

| | Total claim |
|---|---|
| **From Part 4 on *Schedule E/F*, copy the following:** | |
| 9a. Domestic support obligations (Copy line 6a.) | $ 0.00 |
| 9b. Taxes and certain other debts you owe the government. (Copy line 6b.) | $ 0.00 |
| 9c. Claims for death or personal injury while you were intoxicated. (Copy line 6c.) | $ 0.00 |
| 9d. Student loans. (Copy line 6f.) | $ 414,312.00 |
| 9e. Obligations arising out of a separation agreement or divorce that you did not report as priority claims. (Copy line 6g.) | $ 0.00 |
| 9f. Debts to pension or profit-sharing plans, and other similar debts. (Copy line 6h.) | + $ 0.00 |
| 9g. **Total.** Add lines 9a through 9f. | $ 414,312.00 |

26-00394-FPC7    Doc 1    Filed 03/05/26    Entered 03/05/26 15:48:22    Pg 9 of 85

Fill in this information to identify your case and this filing:

Debtor 1    Jarod Cecil Breshears
            First Name        Middle Name        Last Name

Debtor 2    Darcy Diane Breshears
(Spouse, if filing)  First Name    Middle Name   Last Name

United States Bankruptcy Court for the: Eastern District of Washington

Case number _____
(if know)

☐ Check if this is an amended filing

## Official Form 106A/B
# Schedule A/B: Property

12/15

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:  Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In

1. **Do you own or have any legal or equitable interest in any residence, building, land, or similar property?**
   ☑ No. Go to Part 2
   ☐ Yes. Where is the property?

2. **Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here**................................................➤ | $0.00 |

### Part 2:  Describe Your Vehicles

Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not? Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

3. **Cars, vans, trucks, tractors, sport utility vehicles, motorcycles**
   ☐ No
   ☑ Yes

3.1 Make: Chevorlet
    Model: Blazer
    Year: 2021
    Approximate mileage:  95000.0
    Other information:

    Condition:Good

**Who has an interest in the property?** Check one
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☑ Check if this is community property (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property:*

Current value of the entire property? $ 15,900.00

Current value of the portion you own? $ 15,900.00

4. **Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**
   *Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories
   ☑ No
   ☐ Yes

5. **Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here**................................................➤ | $15,900.00 |

### Part 3:  Describe Your Personal and Household Items

Do you own or have any legal or equitable interest in any of the following?

Current value of the portion you own?

**6. Household goods and furnishings**

Do not deduct secured claims or exemptions.

*Examples:* Major appliances, furniture, linens, china, kitchenware

☐ No
☑ Yes. Describe..........

Chairs-$150, Dinner Table-$250, Beds-$200, Mirror-$100, Tv Stand-$100, End Tables-$50, Sofa With Bed-$1500, linens-$100, small appliances-$500, kitchenware-$500

$ 3,450.00

**7. Electronics**

*Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games

☐ No
☑ Yes. Describe..........

3 T Vs-$150 ea, 2 Laptops-$600, 3 I Pads-$500 ea, Printer-$100, Sound System-$50, Wifi Router-$150, X Box-$150, Ps5-$450, 2 Nintendo Switches-$300 ea, Computer-$800

$ 4,850.00

**8. Collectibles of value**

*Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles

☑ No
☐ Yes. Describe..........

$ 0.00

**9. Equipment for sports and hobbies**

*Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments

☑ No
☐ Yes. Describe..........

$ 0.00

**10. Firearms**

*Examples:* Pistols, rifles, shotguns, ammunition, and related equipment

☑ No
☐ Yes. Describe..........

$ 0.00

**11. Clothes**

*Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories

☐ No
☑ Yes. Describe..........

Clothes

$ 3,000.00

**12. Jewelry**

*Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver

☐ No
☑ Yes. Describe..........

Wedding Ring-$275

$ 275.00

**13. Non-farm animals**

*Examples:* Dogs, cats, birds, horses

☑ No
☐ Yes. Describe..........

$ 0.00

**14. Any other personal and household items you did not already list, including any health aids you did not list**

☑ No

☐ Yes. Give specific information...

$ 0.00

**15. Add the dollar value of the portion you own for all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write that number here.................................................................................................➤**

$ 11,575.00

---

**Part 4:**   **Describe Your Financial Assets**

| Do you own or have any legal or equitable interest in any of the following? | | Current value of the portion you own? Do not deduct secured claims or exemptions. |
|---|---|---|

**16. Cash**

*Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition

☑ No

☐ Yes.....................................................................................................   Cash ...........................   $ _____

**17. Deposits of money**

*Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses and other similar institutions. If you have multiple accounts with the same institution, list each.

☐ No

☑ Yes..................

| | Institution name: | |
|---|---|---|
| 17.1. Checking account: | Cash App 9387 | $ 0.00 |
| 17.2. Checking account: | WSECU 1364 | $ 0.00 |
| 17.3. Checking account: | WSECU 9692 | $ 0.00 |
| 17.4. Checking account: | Cash app 5690 | $ 0.00 |
| 17.5. Checking account: | Cccu 2740 01 | $ 220.03 |
| 17.6. Other financial account: | Health Equity | $ 191.32 |
| 17.7. Savings account: | Cccu 2740 00 | $ 5.00 |
| 17.8. Savings account: | Brightside 0810 | $ 240.27 |

**18. Bonds, mutual funds, or publicly traded stocks**

*Examples:* Bond funds, investment accounts with brokerage firms, money market accounts

☐ No

☑ Yes..................

| | Institution or issuer name: | |
|---|---|---|
| | Fidelity 9476 | $ 900.15 |

**19. Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**

☑ No

☐ Yes. Give specific information about them...........

**20. Government and corporate bonds and other negotiable and non-negotiable instruments**

Negotiable instruments include personal checks, cashiers' checks, promissory notes, and money orders.
Non-negotiable instruments are those you cannot transfer to someone by signing or delivering them.

☑ No

☐ Yes. Give specific information about them..........

| | Issuer name: | |
|---|---|---|
| | | $ _____ |

**21. Retirement or pension accounts**

*Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans

☐ No
☑ Yes. List each account separately

| | Type of account: | Institution name: | | Value: |
|---|---|---|---|---|
| | 401(k) or similar plan: | Fidelity Providence | | $ 3,913.15 |
| | Pension plan: | | | $ 0.00 |
| | IRA: | | | $ 0.00 |
| | Retirement account: | | | $ 0.00 |
| | Keogh: | | | $ 0.00 |
| | Additional account: | | | $ 0.00 |
| | Additional account: | | | $ 0.00 |

**22. Security deposits and prepayments**

Your share of all unused deposits you have made so that you may continue service or use from a company

*Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others

☑ No
☐ Yes...

**23. Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)

☐ No
☑ Yes..................... Issuer name and description:

     Principal Financial - IATSE        $ 884.73

**24. Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**

26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).

☑ No
☐ Yes.....................

**25. Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**

☑ No
☐ Yes. Give specific information about them...

**26. Patents, copyrights, trademarks, trade secrets, and other intellectual property**

*Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements

☑ No
☐ Yes. Give specific information about them...

**27. Licenses, franchises, and other general intangibles**

*Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses

☑ No
☐ Yes. Give specific information about them...

**Money or property owed to you?**

     **Current value of the portion you own?**
     Do not deduct secured claims or exemptions.

**28. Tax refunds owed to you**

☐ No
☑ Yes. Give specific information about them, including whether you already filed the returns and the tax years...

| 2025 Federal Tax Refund, 2025 Expected EIC, 2026 Expected EIC, 2026 Expected ACTC, 2026 Federal Tax Refund, 2025 Expected ACTC | Federal: | $ Unknown |
|---|---|---|
| | State: | $ 0.00 |
| | Local: | $ 0.00 |

**29. Family support**

     *Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement

     ☑ No
     ☐ Yes. Give specific information....

| | |
|---|---|
| Alimony: | $ 0.00 |
| Maintenance: | $ 0.00 |
| Support: | $ 0.00 |
| Divorce settlement: | $ 0.00 |
| Property settlement: | $ 0.00 |

**30. Other amounts someone owes you**

     *Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay, workers' compensation, Social Security benefits; unpaid loans you made to someone else

     ☑ No
     ☐ Yes. Give specific information....

**31. Interests in insurance policies**

     ☐ No
     ☑ Yes. Name the insurance company of each policy and list its value....

| Company name: | Beneficiary: | Surrender or refund value: |
|---|---|---|
| Securian Term Life | Darcy Breshears | $ 0.00 |
| Securian Term Life | Darcy Breshears | $ 0.00 |
| Securian Term Life | Jarod Breshears | $ 0.00 |

**32. Any interest in property that is due you from someone who has died**

     ☑ No
     ☐ Yes. Give specific information....

**33. Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**

     ☑ No
     ☐ Yes. Give specific information....

**34. Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**

     ☑ No
     ☐ Yes. Give specific information....

**35. Any financial assets you did not already list**

     ☑ No
     ☐ Yes. Give specific information...

**36. Add the dollar value of the portion you own for all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here**..................................................................➤    | $ 6,354.65 |

**Part 5:**    Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1.

**37. Do you own or have any legal or equitable interest in any business-related property?**

     ☐ No. Go to Part 6.
     ☑ Yes. Go to line 38.

         **Current value of the portion you own?**
         Do not deduct secured claims or exemptions.

**38. Accounts receivable or commissions you already earned**

     ☑ No
     ☐ Yes. Describe...

**39. Office equipment, furnishings, and supplies**

     *Examples:* Business-related computers, software, modems, printers, copiers, fax machines, rugs, telephones, desks, chairs, electronic devices

     ☑ No
     ☐ Yes. Describe...

40. **Machinery, fixtures, equipment, supplies you use in business, and tools of your trade**

☑ No
☐ Yes. Describe...

41. **Inventory**

☑ No
☐ Yes. Describe...

42. **Interests in partnerships or joint ventures**

☐ No
☑ Yes. Describe...

| Name of entity: | % of ownership: | |
|---|---|---|
| Skeeterbuggins Productions LLC | 100 % | $ 0.00 |

43. **Customer lists, mailing lists, or other compilations**

☑ No
☐ Yes. Do your lists include personally identifiable information (as defined in 11 U.S.C. § 101(41A))?

44. **Any business-related property you did not already list**

☑ No
☐ Yes. Give specific information...

45. **Add the dollar value of the portion you own for all of your entries from Part 5, including any entries for pages you have attached for Part 5. Write that number here** .................................................................................➤ | $0.00 |

---

**Part 6:**  **Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In.**
If you own or have an interest in farmland, list it in Part 1.

---

46. **Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**

☑ No. Go to Part 7.
☐ Yes. Go to line 47.

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

47. **Farm animals**

*Examples:* Livestock, poultry, farm-raised fish

☑ No
☐ Yes...

48. **Crops—either growing or harvested**

☑ No
☐ Yes. Give specific information...

49. **Farm and fishing equipment, implements, machinery, fixtures, and tools of trade**

☑ No
☐ Yes...

50. **Farm and fishing supplies, chemicals, and feed**

☑ No
☐ Yes...

51. **Any farm- and commercial fishing-related property you did not already list**

☑ No
☐ Yes. Give specific information...

52. **Add the dollar value of the portion you own for all of your entries from Part 6, including any entries for pages you have attached for Part 6. Write that number here** ...............................................................➤ | $0.00 |

---

**Part 7:**  Describe All Property You Own or Have an Interest in That You Did Not List Above

---

53. **Do you have other property of any kind you did not already list?**

*Examples:* Season tickets, country club membership

☑ No
☐ Yes. Give specific information...

54. **Add the dollar value of all of your entries from Part 7. Write that number here** ........................................➤ | $0.00 |

26-00394-FPC7    Doc 1    Filed 03/05/26    Entered 03/05/26 15:48:22    Pg 15 of 85

| Part 8: | List the Totals of Each Part of this Form |
|---|---|

| | | |
|---|---|---|
| 55. **Part 1: Total real estate, line 2**........................................................................................➤ | | $ 0.00 |
| 56. **Part 2: Total vehicles, line 5** | $ 15,900.00 | |
| 57. **Part 3: Total personal and household items, line 15** | $ 11,575.00 | |
| 58. **Part 4: Total financial assets, line 36** | $ 6,354.65 | |
| 59. **Part 5: Total business-related property, line 45** | $ 0.00 | |
| 60. **Part 6: Total farm- and fishing-related property, line 52** | $ 0.00 | |
| 61. **Part 7: Total other property not listed, line 54** | + $ 0.00 | |
| 62. **Total personal property. Add lines 56 through 61** ................... | $ 33,829.65    Copy personal property total ➤ | +$ 33,829.65 |
| 63. **Total of all property on Schedule A/B. Add line 55 + line 62** | | $ 33,829.65 |

| | | | |
|---|---|---|---|
| Debtor 1 | Jarod Cecil Breshears | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | Darcy Diane Breshears | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: Eastern District of Washington

Case number _____
(If known)

☐ Check if this is an
amended filing

## Official Form 106C

# Schedule C: The Property You Claim as Exempt

4/25

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

**For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.**

### Part 1: Identify the Property You Claim as Exempt

1. **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*

   ☑ You are claiming state and federal nonbankruptcy exemptions. 11 U.S.C. § 522(b)(3)

   ☐ You are claiming federal exemptions. 11 U.S.C. § 522(b)(2)

2. **For any property you list on *Schedule A/B* that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>Check only one box for each exemption | Specific laws that allow exemption |
|---|---|---|---|
| Brief description: 2021 Chevorlet Blazer<br><br>Line from Schedule A/B: 3.1 | $ 15,900.00 | ☑ $ 15,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | RCW 6.15.010(1)(d)(iv) |
| Brief description: Household Goods - Chairs-$150, Dinner Table-$250, Beds-$200, Mirror-$100, Tv Stand-$100, End Tables-$50, Sofa With Bed-$1500, linens-$100, small appliances-$500, kitchenware-$500<br><br>Line from Schedule A/B: 6 | $ 3,450.00 | ☑ $ 3,450.00<br>☐ 100% of fair market value, up to any applicable statutory limit | RCW 6.15.010(1)(d)(i) |
| Brief description: Electronics - 3 T Vs-$150 ea, 2 Laptops-$600, 3 I Pads-$500 ea, Printer-$100, Sound System-$50, Wifi Router-$150, X Box-$150, Ps5-$450, 2 Nintendo Switches-$300 ea,<br><br>Line from Schedule A/B: 7 | $ 4,050.00 | ☑ $ 4,050.00<br>☐ 100% of fair market value, up to any applicable statutory limit | RCW 6.15.010(1)(c) |

3. **Are you claiming a homestead exemption of more than $214,000?**

   (Subject to adjustment on 4/01/28 and every 3 years after that for cases filed on or after the date of adjustment.)

   ☑ No

   ☐ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?

   ☐ No

   ☐ Yes

| Part 2: | Additional Page |

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own Copy the value from Schedule A/B | Amount of the exemption you claim Check only one box for each exemption | Specific laws that allow exemption |
|---|---|---|---|

**Brief description:** Electronics - Computer-$800
**Line from Schedule A/B:** 7
Current value: $800.00
☑ $ 800.00
☐ 100% of fair market value, up to any applicable statutory limit
RCW 6.15.010(1)(c)

**Brief description:** Clothing - Clothes
**Line from Schedule A/B:** 11
Current value: $3,000.00
☑ $ 3,000.00
☐ 100% of fair market value, up to any applicable statutory limit
6.15.010(1)(a)

**Brief description:** Jewelry - Wedding Ring-$275
**Line from Schedule A/B:** 12
Current value: $275.00
☑ $ 275.00
☐ 100% of fair market value, up to any applicable statutory limit
RCW 6.15.010 (1)(a)

**Brief description:** Cash App 9387 (Checking Account)
**Line from Schedule A/B:** 17.1
Current value: $0.00
☑ $ 0.00
☐ 100% of fair market value, up to any applicable statutory limit
6.27.150

**Brief description:** WSECU 1364 (Checking Account)
**Line from Schedule A/B:** 17.2
Current value: $0.00
☑ $ 0.00
☐ 100% of fair market value, up to any applicable statutory limit
6.27.150

**Brief description:** WSECU 9692 (Checking Account)
**Line from Schedule A/B:** 17.3
Current value: $0.00
☑ $ 0.00
☐ 100% of fair market value, up to any applicable statutory limit
6.27.150

**Brief description:** Cccu 2740 01 (Checking Account)
**Line from Schedule A/B:** 17.5
Current value: $220.03
☑ $ 165.02
☐ 100% of fair market value, up to any applicable statutory limit
6.27.150

**Brief description:** Health Equity (Other (Credit Union, Health Savings Account, etc))
**Line from Schedule A/B:** 17.6
Current value: $191.32
☑ $ 191.32
☐ 100% of fair market value, up to any applicable statutory limit
RCW 6.15.010(1)(d)(ii)

**Brief description:** Cccu 2740 00 (Savings Account)
**Line from Schedule A/B:** 17.7
Current value: $5.00
☑ $ 3.75
☐ 100% of fair market value, up to any applicable statutory limit
6.27.150

**Brief description:** Brightside 0810 (Savings Account)
**Line from Schedule A/B:** 17.8
Current value: $240.27
☑ $ 180.20
☐ 100% of fair market value, up to any applicable statutory limit
6.27.150

**Brief description:** Fidelity 9476 (Brokerage)
**Line from Schedule A/B:** 18
Current value: $900.15
☑ $ 900.15
☐ 100% of fair market value, up to any applicable statutory limit
RCW 6.15.010(1)(d)(ii)

**Brief description:** Fidelity Providence
**Line from Schedule A/B:** 21
Current value: $3,913.15
☑ $ 3,913.15
☐ 100% of fair market value, up to any applicable statutory limit
RCW 6.15.010(1)(d)(ii)

**Part 2:   Additional Page**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br>Copy the value from Schedule A/B | Amount of the exemption you claim<br>Check only one box for each exemption | Specific laws that allow exemption |
|---|---|---|---|
| **Brief description:** Principal Financial - IATSE<br><br>**Line from Schedule A/B:** 23 | $ 884.73 | ☑ $ 884.73<br>☐ 100% of fair market value, up to any applicable statutory limit | RCW 6.15.020 |
| **Brief description:** 2025 Expected EIC (owed to debtor)<br><br>**Line from Schedule A/B:** 28 | $ Unknown | ☐ $ _____<br>☑ 100% of fair market value, up to any applicable statutory limit | RCW 6.15.010(1)(d)(ii) |
| **Brief description:** 2026 Expected EIC (owed to debtor)<br><br>**Line from Schedule A/B:** 28 | $ Unknown | ☐ $ _____<br>☑ 100% of fair market value, up to any applicable statutory limit | RCW 6.15.010(1)(d)(ii) |
| **Brief description:** 2026 Expected ACTC (owed to debtor)<br><br>**Line from Schedule A/B:** 28 | $ Unknown | ☐ $ _____<br>☑ 100% of fair market value, up to any applicable statutory limit | RCW 6.15.010(1)(d)(ii) |
| **Brief description:** 2025 Expected ACTC (owed to debtor)<br><br>**Line from Schedule A/B:** 28 | $ Unknown | ☐ $ _____<br>☑ 100% of fair market value, up to any applicable statutory limit | RCW 6.15.010(1)(d)(ii) |
| **Brief description:**<br><br>**Line from Schedule A/B:** | $ _____ | ☐ $ _____<br>☐ 100% of fair market value, up to any applicable statutory limit | |
| **Brief description:**<br><br>**Line from Schedule A/B:** | $ _____ | ☐ $ _____<br>☐ 100% of fair market value, up to any applicable statutory limit | |
| **Brief description:**<br><br>**Line from Schedule A/B:** | $ _____ | ☐ $ _____<br>☐ 100% of fair market value, up to any applicable statutory limit | |
| **Brief description:**<br><br>**Line from Schedule A/B:** | $ _____ | ☐ $ _____<br>☐ 100% of fair market value, up to any applicable statutory limit | |
| **Brief description:**<br><br>**Line from Schedule A/B:** | $ _____ | ☐ $ _____<br>☐ 100% of fair market value, up to any applicable statutory limit | |
| **Brief description:**<br><br>**Line from Schedule A/B:** | $ _____ | ☐ $ _____<br>☐ 100% of fair market value, up to any applicable statutory limit | |
| **Brief description:**<br><br>**Line from Schedule A/B:** | $ _____ | ☐ $ _____<br>☐ 100% of fair market value, up to any applicable statutory limit | |

26-00394-FPC7    Doc 1    Filed 03/05/26    Entered 03/05/26 15:48:22    Pg 19 of 85

**Fill in this information to identify your case:**

Debtor 1    Jarod Cecil Breshears
            First Name    Middle Name    Last Name

Debtor 2    Darcy Diane Breshears
(Spouse, if filing)  First Name    Middle Name    Last Name

United States Bankruptcy Court for the:  Eastern District of Washington

Case number
(if know)

☐ Check if this is an
   amended filing

## Official Form 106D
## Schedule D: Creditors Who Have Claims Secured by Property                12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).

**1. Do any creditors have claims secured by your property?**
☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.
☑ Yes. Fill in all of the information below.

**Part 1:   List All Secured Claims**

**2. List all secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name.

|  | Column A Amount of claim Do not deduct the value of collateral. | Column B Value of collateral that supports this claim | Column C Unsecured portion If any |
|---|---|---|---|

**2.1**

Describe the property that secures the claim:  $ 28,842.00    $ 15,900.00    $ 12,942.00

Ally Financial
Creditor's Name
PO Box 380901
Number      Street
Minneapolis MN    55438
City      State    ZIP Code

2021 Chevorlet Blazer - $15,900.00

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☑ Check if this claim relates to a community debt

Date debt was incurred  08-05-2021

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Nature of lien.** Check all that apply.
☑ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Last 4 digits of account number 4946

Add the dollar value of your entries in Column A on this page. Write that number here:    $ 28,842.00

**Part 2:   List Others to Be Notified for a Debt That You Already Listed**

Use this page only if you have others to be notified about your bankruptcy for a debt that you already listed in Part 1. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the creditor in Part 1, and then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Part 1, list the additional creditors here. If you do not have additional persons to be notified for any debts in Part 1, do not fill out or submit this page.

26-00394-FPC7    Doc 1    Filed 03/05/26    Entered 03/05/26 15:48:22    Pg 20 of 85

**Fill in this information to identify your case:**

Debtor 1    Jarod Cecil Breshears
First Name          Middle Name          Last Name

Debtor 2    Darcy Diane Breshears
(Spouse, if filing) First Name          Middle Name          Last Name

United States Bankruptcy Court for the: Eastern District of Washington

Case number
(if know)

☐ Check if this is an
amended filing

# Official Form 106E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Property* (Official Form 106A/B) and on Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G). Do not include any creditors with partially secured claims that are listed in Schedule D: Creditors Who Have Claims Secured by Property. If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. On the top of any additional pages, write your name and case number (if known).

**Part 1:**    List All of Your PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims against you?**
   - ☑ **No. Go to Part 2.**
   - ☐ **Yes.**

**Part 2:**    List All of Your NONPRIORITY Unsecured Claims

3. **Do any creditors have nonpriority unsecured claims against you?**
   - ☐ **No. You have nothing else to report in this part. Submit to the court with your other schedules.**
   - ☑ **Yes. Fill in all of the information below.**

4. **List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.** If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

|  |  | **Total claim** |
|---|---|---|

4.1  Bradford Charles Hagel
     Nonpriority Creditor's Name

     8502 N Salmonberry LP
     Number  Street

     Hayden ID    83835
     City    State   ZIP Code

Last 4 digits of account number  4692                    $ 500.00

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Who owes the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim relates to a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify  Services Rendered

26-00394-FPC7    Doc 1    Filed 03/05/26    Entered 03/05/26 15:48:22    Pg 21 of 85

**4.2**

| | |
|---|---|
| Cap1/Wsi | Last 4 digits of account number  4240 |
| Nonpriority Creditor's Name | When was the debt incurred?  06-19-2024 |
| Po Box 31293 | |

**$ 617.00**

Number    Street

Salt Lake City UT    84131

City    State    ZIP Code

**As of the date you file, the claim is:** Check all that apply.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Who owes the debt?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☒ **Check if this claim relates to a community debt**

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify  Credit Card Debt

**Is the claim subject to offset?**

- ☒ No
- ☐ Yes

**4.3**

| | |
|---|---|
| Capital One Bank Usa N | Last 4 digits of account number  1641,7591 |
| Nonpriority Creditor's Name | When was the debt incurred?  08-04-2025 |
| PO Box 30285 | |

**$ 1,154.00**

Number    Street

Salt Lake City UT    84130-0285

City    State    ZIP Code

**As of the date you file, the claim is:** Check all that apply.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Who owes the debt?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☒ **Check if this claim relates to a community debt**

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify  Credit Card Debt

**Is the claim subject to offset?**

- ☒ No
- ☐ Yes

**4.4**

| | |
|---|---|
| Cash App - Sutton Bank | Last 4 digits of account number |
| Nonpriority Creditor's Name | When was the debt incurred?  _____ |
| 1955 Broadway | |

**$ 630.00**

Number    Street

Suite 600

Oakland CA    94612

City    State    ZIP Code

**As of the date you file, the claim is:** Check all that apply.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Who owes the debt?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☒ **Check if this claim relates to a community debt**

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify  Monies Loaned / Advanced

**Is the claim subject to offset?**

- ☒ No
- ☐ Yes

4.5
Dashawn Bedford
Nonpriority Creditor's Name

1805 W 8th Ave
Number    Street

Apt 6

Spokane WA    99204
City      State   ZIP Code

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number** 0364
**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  Services Rendered

$ 1,600.00

---

4.6
Dave Kotlan
Nonpriority Creditor's Name

3703 E 14th Ave
Number    Street

Spokane WA    99202
City      State   ZIP Code

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number** 5933
**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  Services Rendered

$ 5,386.98

---

4.7
Deptedne1net
Nonpriority Creditor's Name

Po Box 82561
Number    Street

Lincoln NE    68501
City      State   ZIP Code

**Who owes the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number** 1307
**When was the debt incurred?** 07-14-2017

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☑ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify

$
303,546.00

**4.8**

Dpt Ed/Aidv
Nonpriority Creditor's Name

Po Box 300001
Number   Street

Greenville TX   75403
City    State   ZIP Code

**Who owes the debt?** Check one.

☐ Debtor 1 only
☑ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number   0708

When was the debt incurred?   07-08-2016

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☑ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify _____

$ 110,766.00

---

**4.9**

Everest Business Funding
Nonpriority Creditor's Name

102 W 38th Street
Number   Street

6th - Floor

New York WA   10018
City    State   ZIP Code

**Who owes the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number   7674

When was the debt incurred?   _____

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   Monies Loaned / Advanced

$ 10,654.86

---

**4.10**

Greg Talbott
Nonpriority Creditor's Name

940 E 35th Ave
Number   Street

Spokane WA   99203
City    State   ZIP Code

**Who owes the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number   _____

When was the debt incurred?   _____

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   Services Rendered

$ 1,200.00

---

26-00394-FPC7    Doc 1    Filed 03/05/26    Entered 03/05/26 15:48:22    Pg 24 of 85

**4.11**

| | |
|---|---|
| Headway Cap | |
| Nonpriority Creditor's Name | |
| 175 W. Jackson | |
| Number  Street | |
| U208 | |
| | |
| Chicago WA  60604 | |
| City  State  ZIP Code | |

**Last 4 digits of account number** 6672

**When was the debt incurred?** 05-26-2022

$ 52,363.00

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  Suppliers and Vendors

---

**4.12**

| | |
|---|---|
| ILF Media | |
| Nonpriority Creditor's Name | |
| 540 W Cataldo Ave | |
| Number  Street | |
| Suite 300 | |
| | |
| Spokane WA  99201 | |
| City  State  ZIP Code | |

**Last 4 digits of account number** _____

**When was the debt incurred?** _____

$ 8,700.00

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  Services Rendered

---

**4.13**

| | |
|---|---|
| Jordan Vestal | |
| Nonpriority Creditor's Name | |
| 2115 E Everett Ave | |
| Number  Street | |
| Spokane WA  99207 | |
| City  State  ZIP Code | |

**Last 4 digits of account number** 2355

**When was the debt incurred?** _____

$ 2,960.00

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  Services Rendered

---

26-00394-FPC7  Doc 1  Filed 03/05/26  Entered 03/05/26 15:48:22  Pg 25 of 85

**4.14**

| | |
|---|---|
| Lendmark Finances | Last 4 digits of account number __5209__ |
| Nonpriority Creditor's Name | When was the debt incurred? __03-22-2023__ |

2118 Usher Street
Number    Street

Covington GA    30014
City    State    ZIP Code

**Who owes the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☑ **Check if this claim relates to a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

$ 9,501.57

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  Collection Agency

---

**4.15**

| | |
|---|---|
| Marc Axton | Last 4 digits of account number __5217__ |
| Nonpriority Creditor's Name | When was the debt incurred? _____ |

18405 E Baldwin Ave.
Number    Street

Spokane Valley WA    99016
City    State    ZIP Code

**Who owes the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

$ 1,400.00

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  Services Rendered

---

**4.16**

| | |
|---|---|
| Matt Slotemaker | Last 4 digits of account number __6333__ |
| Nonpriority Creditor's Name | When was the debt incurred? _____ |

13525 S Sherman Rd
Number    Street

Spokane WA    99224
City    State    ZIP Code

**Who owes the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

$ 500.00

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  Services Rendered

---

**4.17**

Michael Belangie
Nonpriority Creditor's Name

1513 S Progress Road
Number    Street

Spokane Valley WA    99037
City          State    ZIP Code

**Who owes the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim relates to a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number**  4179

**When was the debt incurred?** _____

$ 2,100.00

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify  Services Rendered

---

**4.18**

Midland Credit Management
Nonpriority Creditor's Name

PO Box 939069
Number    Street

San Diego CA    92193
City          State    ZIP Code

**Who owes the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☑ **Check if this claim relates to a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number**  2890,9908

**When was the debt incurred?** _____

$ 4,713.03

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify  Collection Agency

---

**4.19**

NCR
Nonpriority Creditor's Name

864 Spring St NW
Number    Street

Atlanta GA    30308
City          State    ZIP Code

**Who owes the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☑ **Check if this claim relates to a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number**  4886, 1108,8860

**When was the debt incurred?** _____

$ 3,505.25

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify  Monies Loaned / Advanced

---

26-00394-FPC7    Doc 1    Filed 03/05/26    Entered 03/05/26 15:48:22    Pg 27 of 85

**4.20**

Ogden Murphy Wallace, PLLC
Nonpriority Creditor's Name

1 Fifth Street
Number    Street

Suite 200

Wenatchee WA    98801
City            State    ZIP Code

**Who owes the debt?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim relates to a community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

**Last 4 digits of account number**  3619                    $ 5,740.04

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify  Attorney for settlement

---

**4.21**

OneMain Financial
Nonpriority Creditor's Name

PO Box 740594
Number    Street

Cincinnati OH    45274
City            State    ZIP Code

**Who owes the debt?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☑ **Check if this claim relates to a community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

**Last 4 digits of account number**  6876                    $ 12,369.00

**When was the debt incurred?** 05-03-2022

**As of the date you file, the claim is:** Check all that apply.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify  Collection Agency

---

**4.22**

Owen Blauman
Nonpriority Creditor's Name

100 E 3rd Ave
Number    Street

#1664

Ellensburg WA    98926
City            State    ZIP Code

**Who owes the debt?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim relates to a community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

**Last 4 digits of account number**  2862                    $ 2,130.00

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify  Services Rendered

---

**4.23**

Pacific Coast Cameras and Crewing
Nonpriority Creditor's Name

11850 SE Orient Dr
Number  Street

Boring OR  97009
City  State  ZIP Code

**Who owes the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Last 4 digits of account number** _____
**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  Judgment Liens

$ 32,263.10

---

**4.24**

Portfolio Recovery Associates LLC
Nonpriority Creditor's Name

PO Box 41067
Number  Street

Norfolk VA  23541
City  State  ZIP Code

**Who owes the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Last 4 digits of account number** 3651
**When was the debt incurred?** 07-22-2025

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  Collection Agency

$ 1,826.00

---

**4.25**

Possiblefina
Nonpriority Creditor's Name

Po Box 98686
Number  Street

Las Vegas NV  89193
City  State  ZIP Code

**Who owes the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☑ **Check if this claim relates to a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Last 4 digits of account number** 04U3
**When was the debt incurred?** 10-20-2025

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  Monies Loaned / Advanced

$ 307.00

---

**4.26**

Scott Schultz
Nonpriority Creditor's Name

453 W 15th Ave
Number    Street

Spokane WA    99203
City    State    ZIP Code

**Who owes the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] **Check if this claim relates to a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Last 4 digits of account number  1588

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify  Services Rendered

$ 3,920.00

---

**4.27**

Shaeffer Murray
Nonpriority Creditor's Name

4103 Hayden Lane
Number    Street

Pasco WA    99301
City    State    ZIP Code

**Who owes the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] **Check if this claim relates to a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Last 4 digits of account number  3625

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify  Services Rendered

$ 1,490.00

---

**4.28**

Small Business Adminstration
Nonpriority Creditor's Name

801 W Riverside Ave
Number    Street

# 444

Spokane WA    99201
City    State    ZIP Code

**Who owes the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] **Check if this claim relates to a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Last 4 digits of account number  7170

**When was the debt incurred?** 03-21-2020

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify

$ 21,000.00

**4.29**

Social Security
Nonpriority Creditor's Name

714 N Iron Bridge Way
Number     Street

Suite 100

Spokane WA   99202
City       State   ZIP Code

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☑ **Check if this claim relates to a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number** 3523

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and similar debts
☑ Other. Specify  Overpayment

$ 3,868.00

---

**4.30**

Stripe Capital
Nonpriority Creditor's Name

354 Oyster Point Boulevard
Number     Street

U208

South San Francisco WA   94080
City       State   ZIP Code

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number** 6wAq

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  Monies Loaned / Advanced

$ 386.32

---

**4.31**

Synchrony Bank Venmo
Nonpriority Creditor's Name

PRA Receivables Management LLC
Number     Street

PO Box 41021

Norfolk WA   23541
City       State   ZIP Code

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number** _____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  Credit Card Debt

$ 970.00

**4.32**

Szabo Associates, Inc.
Nonpriority Creditor's Name

3355 Lenox Road NE
Number    Street

Suite 945

Atlanta WA    30326
City    State    ZIP Code

**Who owes the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Last 4 digits of account number** _____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  Collection Agency

$ 9,375.00

---

**4.33**

Wsecu
Nonpriority Creditor's Name

PO Box WSECU
Number    Street

Olympia WA    98507
City    State    ZIP Code

**Who owes the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Last 4 digits of account number** 0306

**When was the debt incurred?** 08-14-2025

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify

$ 3,208.00

---

**4.34**

Wsecu
Nonpriority Creditor's Name

PO Box WSECU
Number    Street

Olympia WA    98507
City    State    ZIP Code

**Who owes the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Last 4 digits of account number** 0300

**When was the debt incurred?** 01-12-2024

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify

$ 728.00

---

26-00394-FPC7    Doc 1    Filed 03/05/26    Entered 03/05/26 15:48:22    Pg 32 of 85

**4.35**

Wsecu
Nonpriority Creditor's Name

PO Box WSECU
Number    Street

Olympia WA    98507
City    State    ZIP Code

**Who owes the debt?** Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] **Check if this claim relates to a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number** 0002
**When was the debt incurred?** 01/26/2016

$ 1,586.98

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify  Credit Card Debt

---

**4.36**

WSECU
Nonpriority Creditor's Name

PO Box WSECU
Number    Street

Olympia WA    98507
City    State    ZIP Code

**Who owes the debt?** Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] **Check if this claim relates to a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number** 4954
**When was the debt incurred?** _____

$ 2,059.73

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify  Overdrawn Bank Account

---

**4.37**

WSECU
Nonpriority Creditor's Name

PO Box WSECU
Number    Street

Olympia WA    98507
City    State    ZIP Code

**Who owes the debt?** Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] **Check if this claim relates to a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number** 1364
**When was the debt incurred?** _____

$ 1,855.03

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify  Overdrawn Bank Account

**4.38**

WSECU
Nonpriority Creditor's Name

PO Box WSECU
Number   Street

Olympia WA   98507
City   State   ZIP Code

**Who owes the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number  9692

When was the debt incurred?  _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  Overdrawn Bank Account

$ 810.41

---

**4.39**

Zoie Allen
Nonpriority Creditor's Name

621 N Staples St
Number   Street

Medical Lake WA   99223
City   State   ZIP Code

**Who owes the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number  _____

When was the debt incurred?  _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  Services Rendered

$ 250.00

---

**Part 3:   List Others to Be Notified About a Debt That You Already Listed**

5. **Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional persons to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.**

David B Schumacher
Creditor's Name

3519 NE 15th Ave
Number   Street

#142

Portland OR   97212
City   State   ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line  4.14  of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured

Last 4 digits of account number

**Elevated Law Group**

Creditor's Name

6000 Meadows Road

Number   Street

Suite 450

Lake Oswego OR    97035-3172

City     State    ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line 4.23 of *(Check one):* ☐ Part 1: Creditors with Priority Unsecured Claims

☑ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**

---

**Motschenbacher & Blattner LLP**

Creditor's Name

117 SW Taylor Street

Number   Street

Ste 300

Portland OR    97204

City     State    ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line 4.23 of *(Check one):* ☐ Part 1: Creditors with Priority Unsecured Claims

☑ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**

---

**Small Business Administration**

Creditor's Name

409 3rd Street SW

Number   Street

Washington DC    20416

City     State    ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line 4.28 of *(Check one):* ☐ Part 1: Creditors with Priority Unsecured Claims

☑ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**

---

**Social Security Administration**

Creditor's Name

OGC Office of Program Litigation Bankruptcy Division

Number   Street

6401 Security Blvd

Baltimore MD    21235

City     State    ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line 4.29 of *(Check one):* ☐ Part 1: Creditors with Priority Unsecured Claims

☑ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**

---

**US Department of Justice**

Creditor's Name

Attorney General Pam Bondi

Number   Street

950 Pennsylvania Ave NW

Washington DC    20530

City     State    ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line 4.28 of *(Check one):* ☐ Part 1: Creditors with Priority Unsecured Claims

☑ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**

---

**US Department of Justice**

Creditor's Name

United States Attorneys Office Eastern District of

Number   Street

Washington

PO Box 1494

Spokane WA    99210-1494

City     State    ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line 4.28 of *(Check one):* ☐ Part 1: Creditors with Priority Unsecured Claims

☑ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**

---

| | |
|---|---|
| US Department of Justice<br>Creditor's Name<br><br>United States Attorneys Office Eastern District of<br>Number   Street<br><br>Washington<br><br>PO Box 1494<br><br>Spokane WA   99210-1494<br>City      State   ZIP Code | **On which entry in Part 1 or Part 2 did you list the original creditor?**<br><br>Line _4.29_ of *(Check one):* ☐ Part 1: Creditors with Priority Unsecured<br>Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured<br>Claims<br><br>**Last 4 digits of account number** |
| US Department of Justice<br>Creditor's Name<br><br>Attorney General Pam Bondi<br>Number   Street<br><br>950 Pennsylvania Ave NW<br><br>Washington DC   20530<br>City      State   ZIP Code | **On which entry in Part 1 or Part 2 did you list the original creditor?**<br><br>Line _4.29_ of *(Check one):* ☐ Part 1: Creditors with Priority Unsecured<br>Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured<br>Claims<br><br>**Last 4 digits of account number** |
| US Department of the Treasury<br>Creditor's Name<br><br>Attn: AWG Analyst<br>Number   Street<br><br>PO Box 830794<br><br>Birmingham AL   35283-0794<br>City      State   ZIP Code | **On which entry in Part 1 or Part 2 did you list the original creditor?**<br><br>Line _4.28_ of *(Check one):* ☐ Part 1: Creditors with Priority Unsecured<br>Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured<br>Claims<br><br>**Last 4 digits of account number** |
| US Social Security Administration<br>Creditor's Name<br><br>7400 N Mineral Dr<br>Number   Street<br><br>Suite 100<br><br>Coeur D Alene ID   83815<br>City      State   ZIP Code | **On which entry in Part 1 or Part 2 did you list the original creditor?**<br><br>Line _4.29_ of *(Check one):* ☐ Part 1: Creditors with Priority Unsecured<br>Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured<br>Claims<br><br>**Last 4 digits of account number** |

**Part 4:**  **Add the Amounts for Each Type of Unsecured Claim**

6. **Total the amounts of certain types of unsecured claims. This information is for statistical reporting purposes only. 28 U.S.C. § 159.**

   **Add the amounts for each type of unsecured claim.**

Total claim

**Total claims from Part 1**

6a. **Domestic support obligations**
6a.  $ 0.00

6b. **Taxes and certain other debts you owe the government**
6b.  $ 0.00

6c. **Claims for death or personal injury while you were intoxicated**
6c.  $ 0.00

6d. **Other.** Add all other priority unsecured claims. Write that amount here.
6d.  $ 0.00

6e. **Total.** Add lines 6a through 6d.
6e.  $ 0.00

Total claim

**Total claims from Part 2**

6f. **Student loans**
6f.  $ 414,312.00

6g. **Obligations arising out of a separation agreement or divorce that you did not report as priority claims**
6g.  $ 0.00

6h. **Debts to pension or profit-sharing plans, and other similar debts**
6h.  $ 0.00

6i. **Other.** Add all other nonpriority unsecured claims. Write that amount here.
6i.  $ 213,628.30

6j. **Total.** Add lines 6f through 6i.
6j.  $ 627,940.30

**Fill in this information to identify your case:**

Debtor 1    Jarod Cecil Breshears
      First Name       Middle Name       Last Name

Debtor 2    Darcy Diane Breshears
(Spouse, if filing)   First Name       Middle Name       Last Name

United States Bankruptcy Court for the: Eastern District of Washington

Case number
(if know)

☐ Check if this is an
amended filing

## Official Form 106G
# Schedule G: Executory Contracts and Unexpired Leases    12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the additional page, fill it out, number the entries, and attach it to this page. On the top of any additional pages, write your name and case number (if known).

1. **Do you have any executory contracts or unexpired leases?**
   - ☑ No. Check this box and file this form with the court with your other schedules. You have nothing else to report on this form.
   - ☐ Yes. Fill in all of the information below even if the contracts or leases are listed on Schedule A/B: Property (Official Form 106A/B).

2. **List separately each person or company with whom you have the contract or lease. Then state what each contract or lease is for (for example, rent, vehicle lease, cell phone).** See the instructions for this form in the instruction booklet for more examples of executory contracts and unexpired leases.

   **Person or company with whom you have the contract or lease    State what the contract or lease is for**

26-00394-FPC7    Doc 1    Filed 03/05/26    Entered 03/05/26 15:48:22    Pg 38 of 85

Fill in this information to identify your case:

Debtor 1    Jarod Cecil Breshears
          First Name      Middle Name      Last Name

Debtor 2    Darcy Diane Breshears
(Spouse, if filing)   First Name      Middle Name      Last Name

United States Bankruptcy Court for the: Eastern District of Washington

Case number
(if know)

☐ Check if this is an
    amended filing

## Official Form 106H
# Schedule H: Your Codebtors

**Codebtors are people or entities who are also liable for any debts you may have. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, and number the entries in the boxes on the left. Attach the Additional Page to this page. On the top of any Additional Pages, write your name and case number (if known). Answer every question.**

1. **Do you have any codebtors?** (If you are filing a joint case, do not list either spouse as a codebtor.)
   - ☐ No
   - ☑ Yes

2. **Within the last 8 years, have you lived in a community property state or territory?** (*Community property states and territories include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.*)
   - ☐ No. Go to line 3.
   - ☑ Yes. Did your spouse, former spouse, or legal equivalent live with you at the time?
     - ☑ No
     - ☐ Yes. In which community state or territory did you live? _____ . Fill in the name and current address of that person.

3. **In Column 1, list all of your codebtors. Do not include your spouse as a codebtor if your spouse is filing with you. List the person shown in line 2 again as a codebtor only if that person is a guarantor or cosigner. Make sure you have listed the creditor on Schedule D (Official Form 106D), Schedule E/F (Official Form 106E/F), or Schedule G (Official Form 106G). Use Schedule D, Schedule E/F, or Schedule G to fill out Column 2.**

| | Column 1: **Your codebtor** | | | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|---|---|---|
| 3.1 | Skeeterbuggins Productions LLC | | | ☐ Schedule D, line _____ |
| | Name | | | ☑ Schedule E/F, line 4.23 |
| | 21900 E Country Vista Drive Ste U208 | | | ☐ Schedule G, line _____ |
| | Street | | | |
| | Liberty Lake | WA | 99019 | |
| | City | State | ZIP Code | |
| 3.2 | Skeeterbuggins Productions LLC | | | ☐ Schedule D, line _____ |
| | Name | | | ☑ Schedule E/F, line 4.20 |
| | 21900 E Country Vista Drive Ste U208 | | | ☐ Schedule G, line _____ |
| | Street | | | |
| | Liberty Lake | WA | 99019 | |
| | City | State | ZIP Code | |

26-00394-FPC7    Doc 1    Filed 03/05/26    Entered 03/05/26 15:48:22    Pg 39 of 85

**3.3**

Skeeterbuggins Productions LLC
Name

21900 E Country Vista Drive U208
Street

Liberty Lake          WA        99019
City                  State     ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line 4.1
☐ Schedule G, line _____

**3.4**

Skeeterbuggins Productions LLC
Name

21900 E Country Vista Drive U208
Street

Liberty Lake          WA        99019
City                  State     ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line 4.5
☐ Schedule G, line _____

**3.5**

Skeeterbuggins Productions LLC
Name

21900 E Country Vista Drive U208
Street

Liberty Lake          WA        99019
City                  State     ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line 4.6
☐ Schedule G, line _____

**3.6**

Skeeterbuggins Productions LLC
Name

21900 E Country Vista Drive U208
Street

Liberty Lake          WA        99019
City                  State     ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line 4.9
☐ Schedule G, line _____

**3.7**

Skeeterbuggins Productions LLC
Name

21900 E Country Vista Drive U208
Street

Liberty Lake          WA        99019
City                  State     ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line 4.10
☐ Schedule G, line _____

**3.8**

Skeeterbuggins Productions LLC
Name

21900 E Country Vista Drive U208
Street

Liberty Lake          WA        99019
City                  State     ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line 4.11
☐ Schedule G, line _____

**3.9**

Skeeterbuggins Productions LLC
Name

21900 E Country Vista Drive U208
Street

Liberty Lake          WA        99019
City                  State     ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line 4.12
☐ Schedule G, line _____

**3.10**

Skeeterbuggins Productions LLC
Name

21900 E Country Vista Drive U208
Street

Liberty Lake          WA        99019
City                  State     ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line 4.30
☐ Schedule G, line _____

26-00394-FPC7   Doc 1   Filed 03/05/26   Entered 03/05/26 15:48:22   Pg 40 of 85

**3.11**

Skeeterbuggins Productions LLC
Name

21900 E Country Vista Drive U208
Street

Liberty Lake      WA    99019
City      State    ZIP Code

- ☐ Schedule D, line _____
- ☑ Schedule E/F, line 4.32
- ☐ Schedule G, line _____

**3.12**

Skeeterbuggins Productions LLC
Name

21900 E Country Vista Drive U208
Street

Liberty Lake      WA    99019
City      State    ZIP Code

- ☐ Schedule D, line _____
- ☑ Schedule E/F, line 4.39
- ☐ Schedule G, line _____

**3.13**

Skeeterbuggins Productions LLC
Name

21900 E Country Vista Drive U208
Street

Liberty Lake      WA    99019
City      State    ZIP Code

- ☐ Schedule D, line _____
- ☑ Schedule E/F, line 4.13
- ☐ Schedule G, line _____

**3.14**

Skeeterbuggins Productions LLC
Name

21900 E Country Vista Drive U208
Street

Liberty Lake      WA    99019
City      State    ZIP Code

- ☐ Schedule D, line _____
- ☑ Schedule E/F, line 4.15
- ☐ Schedule G, line _____

**3.15**

Skeeterbuggins Productions LLC
Name

21900 E Country Vista Drive U208
Street

Liberty Lake      WA    99019
City      State    ZIP Code

- ☐ Schedule D, line _____
- ☑ Schedule E/F, line 4.16
- ☐ Schedule G, line _____

**3.16**

Skeeterbuggins Productions LLC
Name

21900 E Country Vista Drive U208
Street

Liberty Lake      WA    99019
City      State    ZIP Code

- ☐ Schedule D, line _____
- ☑ Schedule E/F, line 4.17
- ☐ Schedule G, line _____

**3.17**

Skeeterbuggins Productions LLC
Name

21900 E Country Vista Drive U208
Street

Liberty Lake      WA    99019
City      State    ZIP Code

- ☐ Schedule D, line _____
- ☑ Schedule E/F, line 4.22
- ☐ Schedule G, line _____

**3.18**

Skeeterbuggins Productions LLC
Name

21900 E Country Vista Drive U208
Street

Liberty Lake      WA    99019
City      State    ZIP Code

- ☐ Schedule D, line _____
- ☑ Schedule E/F, line 4.28
- ☐ Schedule G, line _____

3.19

Skeeterbuggins Productions LLC
Name

21900 E Country Vista Drive U208
Street
Liberty Lake                          WA      99019
City                          State    ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line  4.26
☐ Schedule G, line _____

3.20

Skeeterbuggins Productions LLC
Name

21900 E Country Vista Drive U208
Street
Liberty Lake                          WA      99019
City                          State    ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line  4.27
☐ Schedule G, line _____

3.21

Skeeterbuggins Productions LLC
Name

21900 E Country Vista Drive U208
Street
Liberty Lake                          WA      99019
City                          State    ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line  4.31
☐ Schedule G, line _____

**Fill in this information to identify your case:**

Debtor 1    Jarod Cecil Breshears
First Name    Middle Name    Last Name

Debtor 2
(Spouse, if filing)   Darcy Diane Breshears
First Name    Middle Name    Last Name

United States Bankruptcy Court for the:   Eastern District of Washington

Case number
(if known) _____

Check if this is:

☐ An amended filing

☐ A supplement showing postpetition chapter 13 income as of the following date:
_____
MM / DD / YYYY

Official Form 106I

# Schedule I: Your Income

12/15

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1:   Describe Employment

**1. Fill in your employment information.**

If you have more than one job, attach a separate page with information about additional employers.

Include part-time, seasonal, or self-employed work.

Occupation may include student or homemaker, if it applies.

|  | **Debtor 1** | **Debtor 2 or non-filing spouse** |
|---|---|---|
| **Employment status** | ☑ Employed ☐ Not employed | ☑ Employed ☐ Not employed |
| **Occupation** | Simulation Av Coordinator | Driver |
| **Employer's name** | Providence Health Systems Of Washington | Uber |
| **Employer's address** | 101 West 8th Ave | 21900 E Country Vista Drive |
|  | Number   Street | Number   Street |
|  |  | U208 |
|  | Spokane, WA 99220 | Liberty Lake, WA 99019 |
|  | City   State   ZIP Code | City   State   ZIP Code |

**How long employed there?** 10 Months

## Part 2:   Give Details About Monthly Income

Estimate monthly income as of the date you file this form. If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

|  | **For Debtor 1** | **For Debtor 2 or non-filing spouse** |
|---|---|---|
| 2. **List monthly gross wages, salary, and commissions** (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be.   2. | $ 6,225.22 | $ 0.00 |
| 3. **Estimate and list monthly overtime pay.**   3. | + $ 0.00 | + $ 0.00 |
| 4. **Calculate gross income.** Add line 2 + line 3.   4. | $ 6,225.22 | $ 0.00 |

|  |  | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| Copy line 4 here ...................................................... ➔ | 4. | $ 6,225.22 | $ 0.00 |

5. **List all payroll deductions:**

|  |  | For Debtor 1 |  | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| 5a. **Tax, Medicare, and Social Security deductions** | 5a. | $ 369.77 | | $ 0.00 |
| 5b. **Mandatory contributions for retirement plans** | 5b. | $ 0.00 | | $ 0.00 |
| 5c. **Voluntary contributions for retirement plans** | 5c. | $ 511.00 | | $ 0.00 |
| 5d. **Required repayments of retirement fund loans** | 5d. | $ 0.00 | | $ 0.00 |
| 5e. **Insurance** | 5e. | $ 286.43 | | $ 0.00 |
| 5f. **Domestic support obligations** | 5f. | $ 0.00 | | $ 0.00 |
| 5g. **Union dues** | 5g. | $ 0.00 | | $ 0.00 |
| 5h. **Other deductions.** Specify: ___HSA___ | 5h. | + $ 172.43 | + $ | 0.00 |
| ___Critical illness, Accident, ADD, legal___ | | $ 69.26 | $ | |
| ___GTL___ | | $ 11.00 | $ | |
| ___See continuation page attached___ | | $ 160.60 | | $ 0.00 |
| 6. **Add the payroll deductions.** Add lines 5a + 5b + 5c + 5d + 5e +5f + 5g + 5h. | 6. | $ 1,580.49 | | $ 0.00 |
| 7. **Calculate total monthly take-home pay.** Subtract line 6 from line 4. | 7. | $ 4,644.73 | | $ 0.00 |

8. **List all other income regularly received:**

|  |  | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 8a. **Net income from rental property and from operating a business, profession, or farm** Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. | 8a. | $ 432.08 | $ 453.16 |
| 8b. **Interest and dividends** | 8b. | $ 0.00 | $ 0.00 |
| 8c. **Family support payments that you, a non-filing spouse, or a dependent regularly receive** Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. | 8c. | $ 0.00 | $ 0.00 |
| 8d. **Unemployment compensation** | 8d. | $ 0.00 | $ 0.00 |
| 8e. **Social Security** | 8e. | $ 967.00 | $ 0.00 |
| 8f. **Other government assistance that you regularly receive** Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies. Specify: _____ | 8f. | $ 0.00 | $ 0.00 |
| 8g. **Pension or retirement income** | 8g. | $ 0.00 | $ 0.00 |
| 8h. **Other monthly income.** Specify: _____ | 8h. | + $ 0.00 | + $ 0.00 |
| 9. **Add all other income.** Add lines 8a + 8b + 8c + 8d + 8e + 8f +8g + 8h. | 9. | $ 1,399.08 | $ 453.16 |
| 10. **Calculate monthly income.** Add line 7 + line 9. Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse. | 10. | $ 6,043.81 + | $ 453.16 = $ 6,496.97 |

11. **State all other regular contributions to the expenses that you list in *Schedule J*.**

Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.

Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J*.

Specify: _____       11. + $ _____

12. **Add the amount in the last column of line 10 to the amount in line 11.** The result is the combined monthly income.

Write that amount on the *Summary of Your Assets and Liabilities and Certain Statistical Information*, if it applies       12. $ 6,496.97

**Combined monthly income**

13. **Do you expect an increase or decrease within the year after you file this form?**

☑ No.

☐ Yes. Explain: _____

## Continuation Sheet for Official Form 106I

1. Describe Employment:

Debtor: Jarod Cecil Breshears

Occupation: driver

Name of Employer: Uber

Employer's Address: 21900 E Country Vista Drive U208, Liberty Lake, WA 99019

Length of Employment:

-------

Debtor: Jarod Cecil Breshears

Occupation: Videographer

Name of Employer: Ross MCP

Employer's Address: 8600 NW 17th Street Suite 140, Miami, FL 33126

Length of Employment:

-------

5h. Other Deductions:

Brightside (Debtor)                                    $80.83

LTD, WA WC, Family Leave (Debtor)                          $79.77

**Fill in this information to identify your case:**

Debtor 1 ___Jarod Cecil Breshears___
First Name ___ Middle Name ___ Last Name

Debtor 2 ___Darcy Diane Breshears___
(Spouse, if filing) First Name ___ Middle Name ___ Last Name

United States Bankruptcy Court for the: ___Eastern District of Washington___
(State)

Case number _____
(If known)

Check if this is:

☐ An amended filing
☐ A supplement showing postpetition chapter 13 expenses as of the following date:

_____
MM / DD / YYYY

Official Form 106J

# Schedule J: Your Expenses

12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1: Describe Your Household

1. **Is this a joint case?**

   ☐ No. Go to line 2.
   ☑ Yes. **Does Debtor 2 live in a separate household?**

       ☑ No
       ☐ Yes. Debtor 2 must file Official Form 106J-2, *Expenses for Separate Household of Debtor 2.*

2. **Do you have dependents?**

   Do not list Debtor 1 and Debtor 2.

   Do not state the dependents' names.

   ☐ No
   ☑ Yes. Fill out this information for each dependent..........................

   | Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
   |---|---|---|
   | Daughter | 12 | ☐ No ☑ Yes |
   | Son | 11 | ☐ No ☑ Yes |
   | _____ | ____ | ☐ No ☐ Yes |
   | _____ | ____ | ☐ No ☐ Yes |
   | _____ | ____ | ☐ No ☐ Yes |

3. **Do your expenses include expenses of people other than yourself and your dependents?**

   ☑ No
   ☐ Yes

## Part 2: Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form 106I.)

| | | Your expenses |
|---|---|---|
| 4. The rental or home ownership expenses for your residence. Include first mortgage payments and any rent for the ground or lot. | 4. | $ 2,360.00 |
| **If not included in line 4:** | | |
| 4a. Real estate taxes | 4a. | $ 0.00 |
| 4b. Property, homeowner's, or renter's insurance | 4b. | $ 22.44 |
| 4c. Home maintenance, repair, and upkeep expenses | 4c. | $ 0.00 |
| 4d. Homeowner's association or condominium dues | 4d. | $ 0.00 |

26-00394-FPC7    Doc 1    Filed 03/05/26    Entered 03/05/26 15:48:22    Pg 46 of 85

**Your expenses**

| | | |
|---|---|---|
| 5. **Additional mortgage payments for your residence**, such as home equity loans | 5. | $ 0.00 |
| 6. **Utilities:** | | |
| 6a. Electricity, heat, natural gas | 6a. | $ 198.00 |
| 6b. Water, sewer, garbage collection | 6b. | $ 0.00 |
| 6c. Telephone, cell phone, Internet, satellite, and cable services | 6c. | $ 564.00 |
| 6d. Other. Specify: _____ | 6d. | $ 0.00 |
| 7. **Food and housekeeping supplies** | 7. | $ 1,200.00 |
| 8. **Childcare and children's education costs** | 8. | $ 0.00 |
| 9. **Clothing, laundry, and dry cleaning** | 9. | $ 100.00 |
| 10. **Personal care products and services** | 10. | $ 175.00 |
| 11. **Medical and dental expenses** | 11. | $ 83.00 |
| 12. **Transportation.** Include gas, maintenance, bus or train fare. Do not include car payments. | 12. | $ 650.00 |
| 13. **Entertainment, clubs, recreation, newspapers, magazines, and books** | 13. | $ 100.00 |
| 14. **Charitable contributions and religious donations** | 14. | $ 0.00 |
| 15. **Insurance.** Do not include insurance deducted from your pay or included in lines 4 or 20. | | |
| 15a. Life insurance | 15a. | $ 0.00 |
| 15b. Health insurance | 15b. | $ 0.00 |
| 15c. Vehicle insurance | 15c. | $ 252.00 |
| 15d. Other insurance. Specify:_____ | 15d. | $ 0.00 |
| 16. **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20. Specify: _____ | 16. | $ 0.00 |
| 17. **Installment or lease payments:** | | |
| 17a. Car payments for Vehicle 1 | 17a. | $ 612.00 |
| 17b. Car payments for Vehicle 2 | 17b. | $ 0.00 |
| 17c. Other. Specify:_____ | 17c. | $ 0.00 |
| 17d. Other. Specify:_____ | 17d. | $ 0.00 |
| 18. **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, Schedule I, Your Income (Official Form 106I).** | 18. | $ 0.00 |
| 19. **Other payments you make to support others who do not live with you.** Specify:_____ | 19. | $ 0.00 |
| 20. **Other real property expenses not included in lines 4 or 5 of this form or on Schedule I: Your Income.** | | |
| 20a. Mortgages on other property | 20a. | $ 0.00 |
| 20b. Real estate taxes | 20b. | $ 0.00 |
| 20c. Property, homeowner's, or renter's insurance | 20c. | $ 0.00 |
| 20d. Maintenance, repair, and upkeep expenses | 20d. | $ 0.00 |
| 20e. Homeowner's association or condominium dues | 20e. | $ 0.00 |

26-00394-FPC7    Doc 1    Filed 03/05/26    Entered 03/05/26 15:48:22    Pg 47 of 85

21. **Other**. Specify:_____  21. +$ _____ 0.00

                      _____  +$ _____

                      _____  +$ _____

22. **Calculate your monthly expenses.**

    22a. Add lines 4 through 21.                                 22a.    $ _____ 6,316.44

    22b. Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2 22c. Add line 22a    22b.    $ _____

        and 22b. The result is your monthly expenses.                            22c.    $ _____ 6,316.44

23. **Calculate your monthly net income.**

    23a.    Copy line 12 (*your combined monthly income*) from *Schedule I.*             23a.    $ _____ 6,496.97

    23b.    Copy your monthly expenses from line 22c above.                   23b.    – $ _____ 6,316.44

    23c.    Subtract your monthly expenses from your monthly income.
           The result is your *monthly net income.*                              23c.    $ _____ 180.53

24. **Do you expect an increase or decrease in your expenses within the year after you file this form?**

    For example, do you expect to finish paying for your car loan within the year or do you expect your
    mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

    ☑ No.

    ☐ Yes.    Explain here:

Debtor 1 __Jarod Cecil Breshears__
First Name      Middle Name      Last Name

Debtor 2 __Darcy Diane Breshears__
(Spouse, if filing) First Name      Middle Name      Last Name

United States Bankruptcy Court for the Eastern District of Washington

Case number
(if known) _____

☐ Check if this is an
amended filing

Official Form 106Dec

# Declaration About an Individual Debtor's Schedules

12/15

If two married people are filing together, both are equally responsible for supplying correct information.

You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Sign Below

**Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?**

☑ No

☐ Yes. Name of person_____. Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

**Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.**

✗ /s/ Jarod Cecil Breshears      ✗ /s/ Darcy Diane Breshears
Signature of Debtor 1            Signature of Debtor 2

Date 03/05/2026            Date 03/05/2026
MM / DD / YYYY            MM / DD / YYYY

**Fill in this information to identify your case:**

Debtor 1    Jarod Cecil Breshears
First Name    Middle Name    Last Name

Debtor 2    Darcy Diane Breshears
(Spouse, if filing) First Name    Middle Name    Last Name

United States Bankruptcy Court for the: Eastern District of Washington

Case number
(if know)

☐ Check if this is an amended filing

# Official Form 107

## Statement of Financial Affairs for Individuals Filing for Bankruptcy

4/25

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1: Give Details About Your Marital Status and Where You Lived Before

**1. What is your current marital status?**

☑ Married
☐ Not married

**2. During the last 3 years, have you lived anywhere other than where you live now?**

☑ No
☐ Yes. List all of the places you lived in the last 3 years. Do not include where you live now.

**3. Within the last 8 years, did you ever live with a spouse or legal equivalent in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)

☑ No
☐ Yes. Make sure you fill out *Schedule H: Your Codebtors* (Official Form 106H)

### Part 2: Explain the Sources of Your Income

**4. Did you have any income from employment or from operating a business during this year or the two previous calendar years?**
Fill in the total amount of income you received from all jobs and all businesses, including part-time activities.
If you are filing a joint case and you have income that you receive together, list it only once under Debtor 1.

☐ No
☑ Yes. Fill in the details.

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | **Sources of income**<br>Check all that apply | **Gross income**<br>(before deductions and exclusions) | **Sources of income**<br>Check all that apply | **Gross income**<br>(before deductions and exclusions) |
| **From January 1 of current year until the date you filed for bankruptcy:** | ☑ Wages, commissions, bonuses, tips<br>☑ Operating a business | $ 16,472.78 | ☑ Wages, commissions, bonuses, tips<br>☑ Operating a business | $ 1,758.49 |
| **For last calendar year:**<br>(January 1 to December 31, 2025) | ☑ Wages, commissions, bonuses, tips<br>☑ Operating a business | $ 51,929.19 | ☑ Wages, commissions, bonuses, tips<br>☑ Operating a business | $ 960.44 |
| **For the calendar year before that:**<br>(January 1 to December 31, 2024) | ☑ Wages, commissions, bonuses, tips<br>☑ Operating a business | $ 84,644.00 | ☑ Wages, commissions, bonuses, tips<br>☑ Operating a business | $ 0.00 |

26-00394-FPC7    Doc 1    Filed 03/05/26    Entered 03/05/26 15:48:22    Pg 50 of 85

**5. Did you receive any other income during this year or the two previous calendar years?**

Include income regardless of whether that income is taxable. Examples of *other income* are alimony; child support; Social Security, unemployment, and other public benefit payments; pensions; rental income; interest; dividends; money collected from lawsuits; royalties; and gambling and lottery winnings. If you are filing a joint case and you have income that you received together, list it only once under Debtor 1.

List each source and the gross income from each source separately. Do not include income that you listed in line 4.

☑ No

☐ Yes. Fill in the details.

---

### Part 3:    List Certain Payments You Made Before You Filed for Bankruptcy

**6. Are either Debtor 1's or Debtor 2's debts primarily consumer debts?**

☐ No.   **Neither Debtor 1 nor Debtor 2 has primarily consumer debts.** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

    During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $8,575* or more?

    ☐ No. Go to line 7.

    ☐ Yes. List below each creditor to whom you paid a total of $8,575* or more in one or more payments and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

    * Subject to adjustment on 4/01/28 and every 3 years after that for cases filed on or after the date of adjustment.

☑ Yes.   **Debtor 1 or Debtor 2 or both have primarily consumer debts.**
    During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $600 or more?

    ☐ No. Go to line 7.

    ☑ Yes. List below each creditor to whom you paid a total of $600 or more and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

| | Dates of payment | Total amount paid | Amount you still owe | Was this payment for... |
|---|---|---|---|---|
| **Ally Financial**<br>Creditor's Name<br>**PO Box 380901**<br>Number   Street<br>**Minneapolis MN**   **55438**<br>City   State   ZIP Code | 01/19/2026<br>12/19/2026<br>02/19/2026 | $ 1,836.00 | $ 28,842.00 | ☐ Mortgage<br>☑ Car<br>☐ Credit card<br>☐ Loan repayment<br>☐ Suppliers or vendors<br>☐ Other _____ |

---

**7. Within 1 year before you filed for bankruptcy, did you make a payment on a debt you owed anyone who was an insider?** *Insiders* include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20% or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Include payments for domestic support obligations, such as child support and alimony.

☑ No.

☐ Yes. List all payments to an insider.

**8. Within 1 year before you filed for bankruptcy, did you make any payments or transfer any property on account of a debt that benefited an insider?**

Include payments on debts guaranteed or cosigned by an insider.

☑ No.

☐ Yes. List all payments that benefited an insider.

| Part 4: | Identify Legal Actions, Repossessions, and Foreclosures |
|---|---|

**9. Within 1 year before you filed for bankruptcy, were you a party in any lawsuit, court action, or administrative proceeding?**
List all such matters, including personal injury cases, small claims actions, divorces, collection suits, paternity actions, support or custody modifications, and contract disputes.

☐ No
☑ Yes. Fill in the details.

|  | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|
| Case title: PACIFIC COAST CREWING, INC. v. SKEETERBUGGINS PRODUCTIONS, LLC<br>Case number: 23CV29766 | ; Date filed: 07/25/2023 | Circuit Court of Oregon Clackamas County<br>Court Name<br>1000 Courthouse Rd<br>Number   Street<br>Oregon City OR   97045<br>City   State   ZIP Code | ☐ Pending<br>☐ On appeal<br>☑ Concluded |
| Case title: Lendmark Financial Services vs Jarod Breshears and Darcy Breshears<br>Case number: 24006125 | ; Date filed: 12/17/2024 | District Court of Spokane County<br>Court Name<br>PO Box 2352<br>Number   Street<br>Spokane WA   99210-2352<br>City   State   ZIP Code | ☐ Pending<br>☐ On appeal<br>☑ Concluded |

**10. Within 1 year before you filed for bankruptcy, was any of your property repossessed, foreclosed, garnished, attached, seized, or levied?**
Check all that apply and fill in the details below.

☐ No. Go to line 11.
☑ Yes. Fill in the information below.

| | Describe the property | Date | Value of the property |
|---|---|---|---|
| Small Business Adminstration<br>Creditor's Name<br>801 W Riverside Ave<br>Number   Street<br># 444<br>Spokane WA   99201<br>City   State   ZIP Code | $690.95 has been garnished since 2/13/2026<br><br>**Explain what happened**<br>☐ Property was repossessed.<br>☐ Property was foreclosed.<br>☑ Property was garnished.<br>☐ Property was attached, seized, or levied. | 02/2026 | $ 690.95 |

**11. Within 90 days before you filed for bankruptcy, did any creditor, including a bank or financial institution, set off any amounts from your accounts or refuse to make a payment because you owed a debt?**

☑ No
☐ Yes. Fill in the details

**12. Within 1 year before you filed for bankruptcy, was any of your property in the possession of an assignee for the benefit of creditors, a court-appointed receiver, a custodian, or another official?**

☑ No
☐ Yes

| Part 5: | List Certain Gifts and Contributions |
|---|---|

**13. Within 2 years before you filed for bankruptcy, did you give any gifts with a total value of more than $600 per person?**

☑ No
☐ Yes. Fill in the details for each gift.

**14. Within 2 years before you filed for bankruptcy, did you give any gifts or contributions with a total value of more than $600 to any charity?**

☑ No
☐ Yes. Fill in the details for each gift or contribution.

| Part 6: | List Certain Losses |
|---|---|

**15. Within 1 year before you filed for bankruptcy or since you filed for bankruptcy, did you lose anything because of theft, fire, other disaster, or**

26-00394-FPC7    Doc 1    Filed 03/05/26    Entered 03/05/26 15:48:22    Pg 52 of 85

**gambling?**

☑ No

☐ Yes. Fill in the details.

| Part 7: | List Certain Payments or Transfers |
|---|---|

**16.** Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone you consulted about seeking bankruptcy or preparing a bankruptcy petition?
Include any attorneys, bankruptcy petition preparers, or credit counseling agencies for services required in your bankruptcy.

☐ No

☑ Yes. Fill in the details.

| | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| MoneySharp Credit Counseling | | 02/06/2026 | $ 13.00 |
| Person Who Was Paid | | | $ ____ |
| 203 N Lasalle | | | |
| Number    Street | | | |
| Suite 2100 | | | |
| | | | |
| Chicago IL         60601 | | | |
| City       State   ZIP Code | | | |
| | | | |
| Email or website address | | | |
| | | | |
| Person Who Made the Payment, if Not You | | | |

| | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| | $60- Credit Report, $75- Filing Fee | 02/05/2025 | $ 135.00 |
| Kootenai Bankruptcy | | | $ ____ |
| Person Who Was Paid | | | |
| 8475 N Government Way | | | |
| Number    Street | | | |
| Ste 101 | | | |
| | | | |
| Hayden ID        83835 | | | |
| City       State   ZIP Code | | | |
| | | | |
| Email or website address | | | |
| Metlife | | | |
| Person Who Made the Payment, if Not You | | | |

**17.** Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone who promised to help you deal with your creditors or to make payments to your creditors?
Do not include any payment or transfer that you listed on line 16.

☑ No

☐ Yes. Fill in the details.

**18.** Within 2 years before you filed for bankruptcy, did you sell, trade, or otherwise transfer any property to anyone, other than property transferred in the ordinary course of your business or financial affairs?
Include both outright transfers and transfers made as security (such as the granting of a security interest or mortgage on your property).
Do not include gifts and transfers that you have already listed on this statement.

☑ No

☐ Yes. Fill in the details.

**19.** Within 10 years before you filed for bankruptcy, did you transfer any property to a self-settled trust or similar device of which you are a beneficiary? (These are often called asset-protection devices.)

☑ No

☐ Yes. Fill in the details.

---

| **Part 8:** | List Certain Financial Accounts, Instruments, Safe Deposit Boxes, and Storage Units |
|---|---|

**20. Within 1 year before you filed for bankruptcy, were any financial accounts or instruments held in your name, or for your benefit, closed, sold, moved, or transferred?**
Include checking, savings, money market, or other financial accounts; certificates of deposit; shares in banks, credit unions, brokerage houses, pension funds, cooperatives, associations, and other financial institutions.

☑ No
☐ Yes. Fill in the details.

**21. Do you now have, or did you have within 1 year before you filed for bankruptcy, any safe deposit box or other depository for securities, cash, or other valuables?**

☑ No
☐ Yes. Fill in the details.

**22. Have you stored property in a storage unit or place other than your home within 1 year before you filed for bankruptcy**

☑ No
☐ Yes. Fill in the details.

---

| **Part 9:** | Identify Property You Hold or Control for Someone Else |
|---|---|

**23. Do you hold or control any property that someone else owns? Include any property you borrowed from, are storing for, or hold in trust for someone.**

☐ No
☑ Yes. Fill in the details.

| Where is the property? | Describe the property | Value |
|---|---|---|
| Skeeterbuggins Productions, LLC | See attachment, Skeeterbuggins Productions LLC Inventory - 12/14/2025 | $ 13,552.00 |
| Owner's Name | | |
| 21900 E Country Vista Dr Unit U208 | | |
| Number   Street | Number   Street | |
| Liberty Lake WA   99019 | | |
| City   State   ZIP Code | City   State   ZIP Code | |

---

| **Part 10:** | Give Details About Environmental Information |
|---|---|

**For the purpose of Part 10, the following definitions apply:**

- *Environmental law* means any federal, state, or local statute or regulation concerning pollution, contamination, releases of hazardous or toxic substances, wastes, or material into the air, land, soil, surface water, groundwater, or other medium, including statutes or regulations controlling the cleanup of these substances, wastes, or material.

- *Site* means any location, facility, or property as defined under any environmental law, whether you now own, operate, or utilize it or used to own, operate, or utilize it, including disposal sites.

- *Hazardous material* means anything an environmental law defines as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, contaminant, or similar term.

Report all notices, releases, and proceedings that you know about, regardless of when they occurred.

**24. Has any governmental unit notified you that you may be liable or potentially liable under or in violation of an environmental law?**

☑ No
☐ Yes. Fill in the details.

**25. Have you notified any governmental unit of any release of hazardous material?**

☑ No
☐ Yes. Fill in the details.

**26. Have you been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

☑ No
☐ Yes. Fill in the details.

---

| Part 11: | Give Details About Your Business or Connections to Any Business |
|---|---|

**27.Within 4 years before you filed for bankruptcy, did you own a business or have any of the following connections to any business?**

☐ A sole proprietor or self-employed in a trade, profession, or other activity, either full-time or part-time

☑ A member of a limited liability company (LLC) or limited liability partnership (LLP)

☐ A partner in a partnership

☐ An officer, director, or managing executive of a corporation

☐ An owner of at least 5% of the voting or equity securities of a corporation

☐ No. None of the above applies. Go to Part 12.

☑ Yes. Check all that apply above and fill in the details below for each business.

| | | |
|---|---|---|
| Skeeterbuggins Productions, LLC | **Describe the nature of the business** | **Employer Identification number** |
| Business Name | Broadcast Media. Is not operating and is not expected to operate in the future. | **Do not include Social Security number or ITIN.** |
| 21900 E. Country Vista Dr. | | |
| Number  Street | **Name of accountant or bookkeeper** | **EIN:** 8 7 – 3 6 1 0 1 0 5 |
| Unit U208 | | **Dates business existed** |
| | | |
| Liberty Lake WA   99019 | | From 11/01/2021  To Current |
| City        State    ZIP Code | | |

**28.Within 2 years before you filed for bankruptcy, did you give a financial statement to anyone about your business? Include all financial institutions, creditors, or other parties.**

☑ No. None of the above applies. Go to Part 12.

☐ Yes. Check all that apply above and fill in the details below for each business.

26-00394-FPC7   Doc 1   Filed 03/05/26   Entered 03/05/26 15:48:22   Pg 55 of 85

| Part 12: | Sign Below |
|---|---|

I have read the answers on this *Statement of Financial Affairs* and any attachments, and I declare under penalty of perjury that the answers are true and correct. I understand that making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

✖ /s/ Jarod Cecil Breshears
Signature of Debtor 1

Date 03/05/2026

✖ /s/ Darcy Diane Breshears
Signature of Debtor 2

Date 03/05/2026

**Did you pay or agree to pay someone who is not an attorney to help you fill out bankruptcy forms?**

☑ No

☐ Yes. Name of person _____ Attach the Bankruptcy Petition Preparer's Notice, Declaration, and Signature (Official Form 119).

26-00394-FPC7    Doc 1    Filed 03/05/26    Entered 03/05/26 15:48:22    Pg 56 of 85

# ATTACHMENT A

## Skeeterbuggins Productions LLC Inventory - 12/14/25

| Quantity | Item | Used Fair eBay Sold Price (USD) Estimate | Price |
|---|---|---|---|
| 3 | AviPas AV0-1280G | 150 | 450 |
| 1 | AviPas Avi-3404IP | 175 | 175 |
| 1 | Camera Bag | 15 | 15 |
| 1 | 8 ft Folding Table | 30 | 30 |
| 5 | Cable Trays - Heavy Duty - 3 ft | 25 | 125 |
| 3 | 22' Monitors - Computer - On Stand | 40 | 120 |
| 1 | 24' Monitors - Computer - On Stand | 45 | 45 |
| 1 | Canon Laser Printer | 25 | 25 |
| 1 | Rackmount UPS - Smart UPS SC450 | 60 | 60 |
| 4 | Cyberpower 1500 VA AVR UPS | 70 | 280 |
| 1 | Epson Inkjet XP7100 Printer | 35 | 35 |
| 1 | 240' Ethercon Cable | 80 | 80 |
| 1 | 200' Ethercon Cable | 65 | 65 |
| 1 | MediaSite Sonic Foundry - MSL-CSM-810-R0 | 50 | 50 |
| 2 | Digital Audio ADC Audio Switch - DAB3-14MKIINS | 120 | 240 |
| 1 | Digital Audio ADC Audio Switch - PPA3-14MKIINO | 100 | 100 |
| 1 | 250 FT SDI Cable Reel | 90 | 90 |
| 1 | GoPro Hero 3 and Accessories | 50 | 50 |
| 4 | Small Rig Shoulder Mount | 25 | 100 |
| 1 | RockDVX VariZoom for Panasonic | 60 | 60 |
| 2 | Blackmagic Teranex Mini Rack Shelf | 90 | 180 |
| 2 | Panasonic CCU WVRC550 | 300 | 600 |
| 1 | Tabletop Gooseneck Mic Stand | 15 | 15 |
| 1 | xPix Camera Tripod | 20 | 20 |
| 2 | JVC DVD/VCR Player | 25 | 50 |
| 1 | LiteOn DVD Player | 20 | 20 |
| 1 | Nikko AM/FM Receiver - NR-550 | 30 | 30 |
| 1 | DPS285 Sync/Test Generator | 75 | 75 |
| 2 | Extron Scan Converter VSC200 | 60 | 120 |
| 1 | AudioTechnica AT-MX341A | 45 | 45 |
| 3 | Extron Analog to Digital Convertor | 50 | 150 |
| 3 | MediaSite Sonic Foundry - MSL-CSR-710-R1 | 60 | 180 |
| 1 | Sony Monitor Control Unit - BKM-10R | 125 | 125 |
| 1 | Analog Audio Wohler Technologies AMP2A-10S | 40 | 40 |
| 1 | Bogen Aluminum 3063 Tripod | 25 | 25 |
| 1 | Boom Mic Stand | 20 | 20 |

1

| Quantity | Item | Used Fair eBay Sold Price (USD) Estimate | Price |
|---|---|---|---|
| 1 | Manfrotto MKC3-H01 Tripod | 30 | 30 |
| 1 | Sunpak 66OlUT Tripod | 18 | 18 |
| 1 | Neewer Background Stands | 20 | 20 |
| 1 | Generic Tripod w/Case | 18 | 18 |
| 1 | Wood Easel | 25 | 25 |
| 1 | 22' Monitor on Tripod | 45 | 45 |
| 3 | Light Stands | 20 | 60 |
| 1 | Great Video Maker Light Kit with Case | 30 | 30 |
| 1 | TPLink 24-Port Gigabit POE Smart Switch | 60 | 60 |
| 2 | Panasonic AVCAM AG-AC160P | 350 | 700 |
| 1 | Flycam Motion Stabilizer | 40 | 40 |
| 1 | Starlink Satellite Dish w/ Backpack Case | 400 | 400 |
| 1 | Dracast Light Kit | 60 | 60 |
| 1 | 2 x 3 x 3 Roller Case | 50 | 50 |
| 4 | Magnus AT4000 Tripod w/Case | 30 | 120 |
| 1 | AVMatrix TS3019 with 6 Tallys | 300 | 300 |
| 1 | AVMatrix TS3019 with 4 Tallys | 250 | 250 |
| 1 | Gator Case 5U Case | 40 | 40 |
| 1 | Furman Power Strip M-8X2 | 15 | 15 |
| 1 | Triplet 16-Port Gigabit Ethernet Switch | 25 | 25 |
| 1 | Blackmagic SmartVideo Hub 20x20 | 900 | 900 |
| 1 | Blackmagic 12G SDI Audio Monitor | 400 | 400 |
| 1 | Shure BPH440M Headset | 35 | 35 |
| 1 | Whirlwind Mic Mute | 10 | 10 |
| 2 | PreSonus Eris 3.5 | 25 | 50 |
| 1 | Misc XLR Cables | 15 | 15 |
| 1 | Misc Power Cables | 15 | 15 |
| 1 | Misc SDI Cables | 25 | 25 |
| 1 | Misc Ethernet Cables | 15 | 15 |
| 1 | Misc Phono Cables | 10 | 10 |
| 1 | Misc Power Strips | 10 | 10 |
| 1 | Misc USB Cables | 10 | 10 |
| 1 | Shure Gooseneck Mic CVG18D | 20 | 20 |
| 1 | AudioTechnica Headphones | 25 | 25 |
| 2 | Sonnet Echo Express Thunderbolt Enclosures | 120 | 240 |
| 2 | Decklink Duo | 40 | 80 |
| 1 | Blackmagic Ultrastudio HD Mini | 90 | 90 |
| 2 | StreamDeck XL | 50 | 100 |
| 1 | Behringer C4 Stereo Pair Mics | 60 | 60 |
| 1 | Blackmagic HDMI to SDI Mini Converter | 50 | 50 |

2

| Quantity | Item | Used Fair eBay Sold Price (USD) Estimate | Price |
|---|---|---|---|
| 1 | Earteck Ultralite 4 Headset Intercom | 50 | 50 |
| 1 | Focusrite Scarlett Solo | 65 | 65 |
| 1 | Netgear Gigabit GS105 Switch | 20 | 20 |
| 3 | Misc Keyboards | 10 | 30 |
| 1 | Gorsun Headphones | 20 | 20 |
| 1 | Nikon DX SWM VR | 70 | 70 |
| 1 | Boxcast Box Encorder | 250 | 250 |
| 1 | Nikon Battery Charger MH-24 | 15 | 15 |
| 1 | Blackmagic Mini Converter SDI to Analog | 35 | 35 |
| 4 | Panasonic AG-MYA30G | 30 | 120 |
| 4 | Aver 340 USB3 4k Camera | 90 | 360 |
| 1 | Zeikos 43mm Lens Filter Set | 10 | 10 |
| 1 | Apple iPad | 80 | 80 |
| 2 | J5 Create USB Hub | 15 | 30 |
| 1 | Sony VCR | 15 | 15 |
| 1 | Misc Cases | 20 | 20 |
| 1 | 6 ft Painters Scaffold w/ Hardware | 40 | 40 |
| 1 | Century Schneider Optics 0HD-FEWA-43 Fisheye HD 43 MM | 75 | 75 |
| 1 | DBX CT3 Cable Tester | 50 | 50 |
| 2 | Azden SGM 1X | 60 | 120 |
| 1 | AudioTechnica AT8010 | 70 | 70 |
| 2 | Blackmagic ATEM Streaming Bridge | 200 | 400 |
| 3 | Blue Snowball Ice Microphone | 20 | 60 |
| 1 | MSI Raider GE68HX Laptop | 800 | 800 |
| 1 | MSI Raider GE76 Laptop | 900 | 900 |
| 1 | Laptop Case | 15 | 15 |
| 1 | LG Pro BluRay/DVD Duplicator | 50 | 50 |
| 2 | Blackmagic Smartview Duo | 250 | 500 |
| 1 | 8U Rack Case SKB | 70 | 70 |
| 1 | Neewer Ring Light | 20 | 20 |
| 1 | Behringer XR12 Mixer | 220 | 220 |
| 1 | Shure GLXD4 Z2 Wireless Mic, Receiver and Case | 250 | 250 |
| 1 | 4 Bay Discmakers DVD Duplicator Reflex4 | 80 | 80 |
| 1 | Axon Instruments DigiData 1322A | 120 | 120 |
| 2 | Radio Shack Mic | 5 | 10 |
| 1 | 1U Rack Gator Case | 30 | 30 |
| 1 | Ronin-S DJI Gimbal w/Case | 85 | 85 |
| 1 | Green Screen Backdrop | 15 | 15 |
| 1 | Apogee Quartet | 150 | 150 |
| 1 | Sony PTZ Controller RN-BR300 | 90 | 90 |

3

| Quantity | Item | Used Fair eBay Sold Price (USD) Estimate | Price |
|---|---|---|---|
| 2 | Sony ECM-44B Mic | 25 | 50 |
| 4 | AudioTechnica AT8531 Mic | 20 | 80 |
| 3 | AudioTechnica U851a Mic | 30 | 90 |
| 1 | AudioTechnica ATW-T310 Transmitter | 40 | 40 |
| 4 | AudioTechnica ATW-T310b Transmitter | 40 | 160 |
| 1 | Sennheiser ew100 G3 Transmitter | 50 | 50 |
| 1 | Sennheiser ew100 G# Receiver | 50 | 50 |
| 4 | Kramer HDMI to Ethernet Transmitter PT-571 | 30 | 120 |
| 2 | Kramer Ethernet to HDMI Receiver PT-572+ | 35 | 70 |
| 1 | Sony UTX-B2 Mic Transmitter | 25 | 25 |
| 1 | Sony URX-P2 Receiver | 30 | 30 |
| 1 | Shure 5155BG Mic | 20 | 20 |
| 1 | Azden WM-PRO | 15 | 15 |
| 1 | Sony WCS-999 Microphone System | 35 | 35 |
| 1 | Harmony Behringer X32 Hard Case | 120 | 120 |
| 2 | 43mm ND Rotating Filter | 8 | 16 |
| 1 | ATT ZTE Hotspot | 25 | 25 |
| 1 | Q-Widget Pro | 20 | 20 |
| 2 | JVC ProHD-4601 HDMI to SDI Convertor | 50 | 100 |
| 1 | BlueParrott B450-XT | 45 | 45 |
| 1 | DYMO LetraTag | 20 | 20 |
| 1 | Panasonic HDC-TM700 Camera | 80 | 80 |
| 1 | HP 8470P Laptop | 40 | 40 |
| 1 | ATOMAS Samurai Blade Recorder with Case | 50 | 50 |
| 1 | AudioTechnica Pro 70 Mic | 25 | 25 |
| 1 | Panasonic Zoom Controller | 20 | 20 |
| 1 | Blackmagic SDI to HDMI Mini Controller | 40 | 40 |
| 2 | Teranex Mini SDI to Audio 12G Convertor | 180 | 360 |
| 1 | SIIG Thunderbolt to 2 HDMI | 25 | 25 |
| 7 | 22" Monitors - Unmounted | 35 | 245 |
| 1 | 13" Monitor for Teleprompter | 20 | 20 |
| 1 | Manfrotto MBAG90P Tripod | 25 | 25 |
| 2 | Large Mic Boom Stand with Telescope | 30 | 60 |
| 1 | Eartec Ultralite BaseS Intercom | 45 | 45 |
| 1 | Nikon D3100 Camera | 40 | 40 |
| 2 | Hitachi HV-C10A w/ Canon TC-F YH 17x7 Lens | 60 | 120 |
| 1 | Mackie EM-890 Mic | 15 | 15 |

4

| Quantity | Item | Used Fair eBay Sold Price (USD) Estimate | Price |
|---|---|---|---|
| 1 | Netgear 8 Port Gigabit Ethernet GS308v3 | 18 | 18 |
| 6 | AudioTechnica ATW-R3100B Receiver | 45 | 270 |
| 4 | AudioTechnica ATW-R3100 Receiver | 45 | 180 |
| 2 | Alesis MultiMix4 | 30 | 60 |
| 1 | Pilot PA-1181T Headset | 15 | 15 |
| 1 | Flatform Push Cart | 35 | 35 |
| 1 | Monitor Stand-Up Stand | 20 | 20 |
| 1 | Tascam BD-MP1 BluRay Media Player | 30 | 30 |
| 2 | Blackmagic Hyperdeck Mini HD | 180 | 360 |
| 1 | Blackmagic Web Presenter | 100 | 100 |
| 1 | Gator 2U Hard Case | 45 | 45 |
| 1 | Plugable USB3 Hub | 12 | 12 |
| 1 | XKeys XKE-64 | 80 | 80 |
| 1 | USB Hub | 8 | 8 |
| 1 | Sennheiser MD46 Mic with Case | 15 | 15 |
| 1 | Easy Director VMC12 | 30 | 30 |
| 1 | Soundcraft EPM12 Mixer | 70 | 70 |
| 1 | Gator Soft Case for Mixers | 20 | 20 |
| 1 | Focusrite Scarlett 18i20 | 100 | 100 |
| 2 | 24" Monitors unmounted | 40 | 80 |
| 1 | Sandbags | 10 | 10 |
| 1 | Pure Outdoor Hard Case | 35 | 35 |
| 1 | Blackmagic Bidirectional Mini Converter | 35 | 35 |
| 1 | Blackmagic HDMI to SDI 3G Mini Converter | 45 | 45 |
| 1 | Pelican 1510 Case | 90 | 90 |
| 2 | Rolls MS111 MicSwitch | 15 | 30 |
| 2 | Pyle PHA40 Headphone Amplifier | 20 | 40 |
| 1 | Clearcom MS-232 Intercom System with Cables, Beltpacks, Base Station and Headsets | 150 | 150 |
| 1 | Magewell Pro Convert for NDI TO SDI | 100 | 100 |
| 1 | Contour Shuttle Pro v2 | 90 | 90 |
| 1 | Gefen RS-232 Extender Sender | 40 | 40 |
| | | Total Price: | 18370 |

26-00394-FPC7    Doc 1    Filed 03/05/26    Entered 03/05/26 15:48:22    Pg 62 of 85

Fill in this information to identify your case:

Debtor 1    Jarod Cecil Breshears
            First Name          Middle Name          Last Name

Debtor 2    Darcy Diane Breshears
(Spouse, if filing)  First Name    Middle Name          Last Name

United States Bankruptcy Court for the:  Eastern District of Washington

Case number
(if known)

☐ Check if this is an
amended filing

Official Form 108

# Statement of Intention for Individuals Filing Under Chapter 7

12/15

If you are an individual filing under chapter 7, you must fill out this form if:

■ creditors have claims secured by your property, or

■ you have leased personal property and the lease has not expired.

You must file this form with the court within 30 days after you file your bankruptcy petition or by the date set for the meeting of creditors, whichever is earlier, unless the court extends the time for cause. You must also send copies to the creditors and lessors you list on the form.

If two married people are filing together in a joint case, both are equally responsible for supplying correct information. Both debtors must sign and date the form.

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known).

| Part 1: | List Your Creditors Who Have Secured Claims |
|---|---|

1. For any creditors that you listed in Part 1 of *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D), fill in the information below.

| Identify the creditor and the property that is collateral | What do you intend to do with the property that secures a debt? | Did you claim the property as exempt on Schedule C? |
|---|---|---|
| Creditor's name: Ally Financial<br><br>Description of property securing debt: 2021 Chevorlet Blazer | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a *Reaffirmation Agreement*.<br>☑ Retain the property and [explain]: continue making regular payments | ☐ No<br>☑ Yes |

26-00394-FPC7    Doc 1    Filed 03/05/26    Entered 03/05/26 15:48:22    Pg 63 of 85

| Part 2: | List Your Unexpired Personal Property Leases |

For any unexpired personal property lease that you listed in *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 106G), fill in the information below. Do not list real estate leases. *Unexpired leases* are leases that are still in effect; the lease period has not yet ended. You may assume an unexpired personal property lease if the trustee does not assume it. 11 U.S.C. § 365(p)(2).

**Describe your unexpired personal property leases**                    **Will the lease be assumed?**

| Part 3: | Sign Below |

Under penalty of perjury, I declare that I have indicated my intention about any property of my estate that secures a debt and any personal property that is subject to an unexpired lease.

✗ /s/ Jarod Cecil Breshears
‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾
Signature of Debtor 1

Date  03/05/2026
‾‾‾‾‾‾‾‾‾‾‾‾‾‾
MM/DD/YYYY

✗ /s/ Darcy Diane Breshears
‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾
Signature of Debtor 2

Date  03/05/2026
‾‾‾‾‾‾‾‾‾‾‾‾‾‾
MM/DD/YYYY

| | |
|---|---|
| **Debtor 1** | Jarod Cecil Breshears |
| | First Name     Middle Name     Last Name |
| **Debtor 2** | Darcy Diane Breshears |
| (Spouse, if filing) First Name     Middle Name     Last Name | |

United States Bankruptcy Court for the: Eastern District of Washington

Case number
(If known) _____

**Check one box only as directed in this form and in Form 122A-1Supp:**

☑ 1. There is no presumption of abuse.

☐ 2. The calculation to determine if a presumption of abuse applies will be made under *Chapter 7 Means Test Calculation* (Official Form 122A–2).

☐ 3. The Means Test does not apply now because of qualified military service but it could apply later.

☐ Check if this is an amended filing

Official Form 122A–1

# Chapter 7 Statement of Your Current Monthly Income

12/19

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for being accurate. If more space is needed, attach a separate sheet to this form. Include the line number to which the additional information applies. On the top of any additional pages, write your name and case number (if known). If you believe that you are exempted from a presumption of abuse because you do not have primarily consumer debts or because of qualifying military service, complete and file *Statement of Exemption from Presumption of Abuse Under § 707(b)(2)* (Official Form 122A-1Supp) with this form.

| Part 1: | Calculate Your Current Monthly Income |
|---|---|

1. **What is your marital and filing status?** Check one only.

    ☐ **Not married.** Fill out Column A, lines 2-11.

    ☑ **Married and your spouse is filing with you.** Fill out both Columns A and B, lines 2-11.

    ☐ **Married and your spouse is NOT filing with you.** You and your spouse are:

       ☐ **Living in the same household and are not legally separated.** Fill out both Columns A and B, lines 2-11.

       ☐ **Living separately or are legally separated.** Fill out Column A, lines 2-11; do not fill out Column B. By checking this box, you declare under penalty of perjury that you and your spouse are legally separated under nonbankruptcy law that applies or that you and your spouse are living apart for reasons that do not include evading the Means Test requirements. 11 U.S.C. § 707(b)(7)(B).

**Fill in the average monthly income that you received from all sources, derived during the 6 full months before you file this bankruptcy case.** 11 U.S.C. § 101(10A). For example, if you are filing on September 15, the 6-month period would be March 1 through August 31. If the amount of your monthly income varied during the 6 months, add the income for all 6 months and divide the total by 6. Fill in the result. Do not include any income amount more than once. For example, if both spouses own the same rental property, put the income from that property in one column only. If you have nothing to report for any line, write $0 in the space.

| | | Column A Debtor 1 | Column B Debtor 2 or non-filing spouse |
|---|---|---|---|
| 2. | **Your gross wages, salary, tips, bonuses, overtime, and commissions** (before all payroll deductions). | $6,225.23 | $0.00 |
| 3. | **Alimony and maintenance payments.** Do not include payments from a spouse if Column B is filled in. | $0.00 | $0.00 |
| 4. | **All amounts from any source which are regularly paid for household expenses of you or your dependents, including child support.** Include regular contributions from an unmarried partner, members of your household, your dependents, parents, and roommates. Include regular contributions from a spouse only if Column B is not filled in. Do not include payments you listed on line 3. | $0.00 | $0.00 |

5. **Net income from operating a business, profession, or farm**

| | Debtor 1 | Debtor 2 | | | |
|---|---|---|---|---|---|
| Gross receipts (before all deductions) | $435.36 | $453.16 | | | |
| Ordinary and necessary operating expenses | – $3.28 | – $0.00 | | | |
| Net monthly income from a business, profession, or farm | $432.08 | $453.16 | Copy here➡ | $432.08 | $453.16 |

6. **Net income from rental and other real property**

| | Debtor 1 | Debtor 2 | | | |
|---|---|---|---|---|---|
| Gross receipts (before all deductions) | $0.00 | $0.00 | | | |
| Ordinary and necessary operating expenses | – $0.00 | – $0.00 | | | |
| Net monthly income from rental or other real property | $_____ | $0.00 | Copy here➡ | $0.00 | $0.00 |

| 7. | **Interest, dividends, and royalties** | $0.00 | $0.00 |
|---|---|---|---|

26-00394-FPC7    Doc 1    Filed 03/05/26    Entered 03/05/26 15:48:22    Pg 65 of 85

| | Column A Debtor 1 | Column B Debtor 2 or non-filing spouse |
|---|---|---|

**8. Unemployment compensation** — $ 0.00 | $ 0.00

Do not enter the amount if you contend that the amount received was a benefit under the Social Security Act. Instead, list it here: ............................... ↓

For you ................................................................ $ 0.00

For your spouse ................................................ $ 0.00

**9. Pension or retirement income.** Do not include any amount received that was a benefit under the Social Security Act. Also, except as stated in the next sentence, do not include any compensation, pension, pay, annuity, or allowance paid by the United States Government in connection with a disability, combat-related injury or disability, or death of a member of the uniformed services. If you received any retired pay paid under chapter 61 of title 10, then include that pay only to the extent that it does not exceed the amount of retired pay to which you would otherwise be entitled if retired under any provision of title 10 other than chapter 61 of that title. — $ 0.00 | $ 0.00

**10. Income from all other sources not listed above.** Specify the source and amount. Do not include any benefits received under the Social Security Act; payments received as a victim of a war crime, a crime against humanity, or international or domestic terrorism; or compensation, pension, pay, annuity, or allowance paid by the United States Government in connection with a disability, combat-related injury or disability, or death of a member of the uniformed services. If necessary, list other sources on a separate page and put the total below.

_____ $ 0.00 | $ 0.00

_____ $ 0.00 | $ 0.00

Total amounts from separate pages, if any. + $ 0.00 | + $ 0.00

**11. Calculate your total current monthly income.** Add lines 2 through 10 for each column. Then add the total for Column A to the total for Column B.

$ 6,657.31   +   $ 453.16   =   $ 7,110.47

Total current monthly income

---

**Part 2:   Determine Whether the Means Test Applies to You**

**12. Calculate your current monthly income for the year.** Follow these steps:

12a. Copy your total current monthly income from line 11. .................................................... **Copy line 11 here➔**   $ 7,110.47

Multiply by 12 (the number of months in a year).   **x 12**

12b. The result is your annual income for this part of the form.   12b.   $ 85,325.64

**13. Calculate the median family income that applies to you.** Follow these steps:

Fill in the state in which you live.   WA

Fill in the number of people in your household.   4

Fill in the median family income for your state and size of household. ................................. 13.   $ 152,553.00

To find a list of applicable median income amounts, go online using the link specified in the separate instructions for this form. This list may also be available at the bankruptcy clerk's office.

**14. How do the lines compare?**

14a. ☑ Line 12b is less than or equal to line 13. On the top of page 1, check box 1, *There is no presumption of abuse.* Go to Part 3. Do NOT fill out or file Official Form 122A-2.

14b. ☐ Line 12b is more than line 13. On the top of page 1, check box 2, *The presumption of abuse is determined by Form 122A-2.* Go to Part 3 and fill out Form 122A–2.

26-00394-FPC7   Doc 1   Filed 03/05/26   Entered 03/05/26 15:48:22   Pg 66 of 85

Debtor 1    <u>Jarod Cecil Breshears</u>           Case number *(if known)*_____

First Name      Middle Name      Last Name

| Part 3: | Sign Below |
|---------|------------|

By signing here, I declare under penalty of perjury that the information on this statement and in any attachments is true and correct.

✖ /s/ Jarod Cecil Breshears           ✖ /s/ Darby Diane Breshears/
Signature of Debtor 1                  Signature of Debtor 2

Date 03/05/2026                     Date 03/05/2026
MM / DD / YYYY                      MM / DD / YYYY

If you checked line 14a, do NOT fill out or file Form 122A–2.

If you checked line 14b, fill out Form 122A–2 and file it with this form.

Ally Financial
PO Box 380901
Minneapolis, MN 55438

Bradford Charles Hagel
8502 N Salmonberry LP
Hayden, ID 83835

Cap1/Wsi
Po Box 31293
Salt Lake City, UT 84131

Capital One Bank Usa N
PO Box 30285
Salt Lake City, UT 84130-0285

Cash App - Sutton Bank
1955 Broadway
Suite 600
Oakland, CA 94612

Dashawn Bedford
1805 W 8th Ave
Apt 6
Spokane, WA 99204

Dave Kotlan
3703 E 14th Ave
Spokane, WA 99202

David B Schumacher
3519 NE 15th Ave
Portland, OR 97212

Deptednelnet
Po Box 82561
Lincoln, NE 68501

Dpt Ed/Aidv
Po Box 300001
Greenville, TX 75403

Elevated Law Group
6000 Meadows Road
Suite 450
Lake Oswego, OR 97035-3172

Everest Business Funding
102 W 38th Street
6th - Floor
New York, WA 10018

Greg Talbott
940 E 35th Ave
Spokane, WA 99203

Headway Cap
175 W. Jackson
U208
Chicago, WA 60604

ILF Media
540 W Cataldo Ave
Suite 300
Spokane, WA 99201

Internal Revenue Service
Centralized Insolvency Operation
PO Box 7346
Philadelphia, PA 19101-7346

Jordan Vestal
2115 E Everett Ave
Spokane, WA 99207

Lendmark Finances
2118 Usher Street
Covington, GA 30014

Marc Axton
18405 E Baldwin Ave.
Spokane Valley, WA 99016

Matt Slotemaker
13525 S Sherman Rd
Spokane, WA 99224

Michael Belangie
1513 S Progress Road
Spokane Valley, WA 99037

Midland Credit Management
PO Box 939069
San Diego, CA 92193

Motschenbacher & Blattner LLP
117 SW Taylor Street
Ste 300
Portland, OR 97204

NCR
864 Spring St NW
Atlanta, GA 30308

Ogden Murphy Wallace, PLLC
1 Fifth Street
Suite 200
Wenatchee, WA 98801

OneMain Financial
PO Box 740594
Cincinnati, OH 45274

Owen Blauman
100 E 3rd Ave
Ellensburg, WA 98926

Pacific Coast Cameras and Crewing
11850 SE Orient Dr
Boring, OR 97009

Portfolio Recovery Associates LLC
PO Box 41067
Norfolk, VA 23541

Possiblefina
Po Box 98686
Las Vegas, NV 89193

Scott Schultz
453 W 15th Ave
Spokane, WA 99203

Shaeffer Murray
4103 Hayden Lane
Pasco, WA 99301

Skeeterbuggins Productions LLC
21900 E Country Vista Drive
Ste U208
Liberty Lake, WA 99019

Skeeterbuggins Productions LLC
21900 E Country Vista Drive
U208
Liberty Lake, WA 99019

Small Business Administration
409 3rd Street SW
Washington, DC 20416

Small Business Adminstration
801 W Riverside Ave
Spokane, WA 99201

Social Security
714 N Iron Bridge Way
Suite 100
Spokane, WA 99202

Social Security Administration
OGC Office of Program Litigation Bankrup
6401 Security Blvd
Baltimore, MD 21235

Stripe Capital
354 Oyster Point Boulevard
U208
South San Francisco, WA 94080

Synchrony Bank Venmo
PRA Receivables Management LLC
PO Box 41021
Norfolk, WA 23541


Szabo Associates, Inc.
3355 Lenox Road NE
Suite 945
Atlanta, WA 30326


US Department of Justice
Attorney General Pam Bondi
950 Pennsylvania Ave NW
Washington, DC 20530


US Department of Justice
United States Attorneys Office Eastern D
PO Box 1494
Spokane, WA 99210-1494


US Department of the Treasury
Attn: AWG Analyst
PO Box 830794
Birmingham, AL 35283-0794


US Social Security Administration
7400 N Mineral Dr
Suite 100
Coeur D Alene, ID 83815


Wsecu
PO Box WSECU
Olympia, WA 98507


WSECU
PO Box WSECU
Olympia, WA 98507


Zoie Allen
621 N Staples St
Medical Lake, WA 99223

United States Bankruptcy Court

Eastern District of Washington

In re: Jarod Cecil Breshears & Darcy Diane
Breshears

             Debtor(s)

Case No.

Chapter   7

**Verification of Creditor Matrix**

       The above-named Debtor(s) hereby verify that the attached list of creditors is true and correct to the best of their knowledge.

Date: _____03/05/2026_____

/s/ Jarod Cecil Breshears
Signature of Debtor

/s/ Darcy Diane Breshears
Signature of Joint Debtor

# Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy (Form 2010)

**This notice is for you if:**

> **You are an individual filing for bankruptcy,** and

> **Your debts are primarily consumer debts.** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

## The types of bankruptcy that are available to individuals

Individuals who meet the qualifications may file under one of four different chapters of the Bankruptcy Code:

- Chapter 7 — Liquidation

- Chapter 11— Reorganization

- Chapter 12— Voluntary repayment plan for family farmers or fishermen

- Chapter 13— Voluntary repayment plan for individuals with regular income

**You should have an attorney review your decision to file for bankruptcy and the choice of chapter.**

## Chapter 7: Liquidation

|   | | |
|---|---:|---|
|   | $245 | filing fee |
|   | $78 | administrative fee |
| + | $15 | trustee surcharge |
|   | $338 | total fee |

Chapter 7 is for individuals who have financial difficulty preventing them from paying their debts and who are willing to allow their non-exempt property to be used to pay their creditors. The primary purpose of filing under chapter 7 is to have your debts discharged. The bankruptcy discharge relieves you after bankruptcy from having to pay many of your pre-bankruptcy debts. Exceptions exist for particular debts, and liens on property may still be enforced after discharge. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

However, if the court finds that you have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge.

You should know that even if you file chapter 7 and you receive a discharge, some debts are not discharged under the law. Therefore, you may still be responsible to pay:

- most taxes;

- most student loans;

- domestic support and property settlement obligations;

- most fines, penalties, forfeitures, and criminal restitution obligations; and
- certain debts that are not listed in your bankruptcy papers.

You may also be required to pay debts arising from:

- fraud or theft;
- fraud or defalcation while acting in breach of fiduciary capacity;
- intentional injuries that you inflicted; and
- death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs.

If your debts are primarily consumer debts, the court can dismiss your chapter 7 case if it finds that you have enough income to repay creditors a certain amount. You must file *Chapter 7 Statement of Your Current Monthly Income* (Official Form 122A–1) if you are an individual filing for bankruptcy under chapter 7. This form will determine your current monthly income and compare whether your income is more than the median income that applies in your state.

If your income is not above the median for your state, you will not have to complete the other chapter 7 form, the *Chapter 7 Means Test Calculation* (Official Form 122A–2).

If your income is above the median for your state, you must file a second form —the *Chapter  7 Means Test Calculation* (Official Form 122A–2). The calculations on the form— sometimes called the *Means Test*—deduct from your income living expenses and payments on certain debts to determine any amount available to pay unsecured creditors. If

your income is more than the median income for your state of residence and family size, depending on the results of the *Means Test*, the U.S. trustee, bankruptcy administrator, or creditors can file a motion to dismiss your case under § 707(b) of the Bankruptcy Code. If a motion is filed, the court will decide if your case should be dismissed. To avoid dismissal, you may choose to proceed under another chapter of the Bankruptcy Code.

If you are an individual filing for chapter 7 bankruptcy, the trustee may sell your property to pay your debts, subject to your right to exempt the property or a portion of the proceeds from the sale of the property. The property, and the proceeds from property that your bankruptcy trustee sells or liquidates that you are entitled to, is called *exempt property*. Exemptions may enable you to keep your home, a car, clothing, and household items or to receive some of the proceeds if the property is sold.

Exemptions are not automatic. To exempt property, you must list it on *Schedule C: The Property You Claim as Exempt* (Official Form 106C). If you do not list the property, the trustee may sell it and pay all of the proceeds to your creditors.

## Chapter 11: Reorganization

|  | $1,167 | filing fee |
| + | $571 | administrative fee |
|  | $1,738 | total fee |

Chapter 11 is often used for reorganizing a business, but is also available to individuals. The provisions of chapter 11 are too complicated to summarize briefly.

## Read These Important Warnings

Because bankruptcy can have serious long-term financial and legal consequences, including loss of your property, you should hire an attorney and carefully consider all of your options before you file. Only an attorney can give you legal advice about what can happen as a result of filing for bankruptcy and what your options are. If you do file for bankruptcy, an attorney can help you fill out the forms properly and protect you, your family, your home, and your possessions.

Although the law allows you to represent yourself in bankruptcy court, you should understand that many people find it difficult to represent themselves successfully. The rules are technical, and a mistake or inaction may harm you. If you file without an attorney, you are still responsible for knowing and following all of the legal requirements.

You should not file for bankruptcy if you are not eligible to file or if you do not intend to file the necessary documents.

Bankruptcy fraud is a serious crime; you could be fined and imprisoned if you commit fraud in your bankruptcy case.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Chapter 12:  Repayment plan for family farmers or fishermen

|   | $200 | filing fee |
|---|---|---|
| + | $78 | administrative fee |
|   | $278 | total fee |

Similar to chapter 13, chapter 12 permits family farmers and fishermen to repay their debts over a period of time using future earnings and to discharge some debts that are not paid.

### Chapter 13:  Repayment plan for individuals with regular income

|   | $235 | filing fee |
|---|---|---|
| + | $78 | administrative fee |
|   | $313 | total fee |

Chapter 13 is for individuals who have regular income and would like to pay all or part of their debts in installments over a period of time and to discharge some debts that are not paid. You are eligible for chapter 13 only if your debts are not more than certain dollar amounts set forth in 11 U.S.C. § 109.

Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, usually using your future earnings. If the court approves your plan, the court will allow you to repay your debts, as adjusted by the plan, within 3 years or 5 years, depending on your income and other factors.

After you make all the payments under your plan, many of your debts are discharged. The debts that are not discharged and that you may still be responsible to pay include:

- domestic support obligations,
- most student loans,
- certain taxes,
- debts for fraud or theft,
- debts for fraud or defalcation while acting in a fiduciary capacity,
- most criminal fines and restitution obligations,
- certain debts that are not listed in your bankruptcy papers,
- certain debts for acts that caused death or personal injury, and
- certain long-term secured debts.

26-00394-FPC7    Doc 1    Filed 03/05/26    Entered 03/05/26 15:48:22    Pg 74 of 85

**Warning: File Your Forms on Time**

Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information about your creditors, assets, liabilities, income, expenses and general financial condition. The court may dismiss your bankruptcy case if you do not file this information within the deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court.

For more information about the documents and their deadlines, go to:
http://www.uscourts.gov/forms/bankruptcy-forms

## Bankruptcy crimes have serious consequences

- If you knowingly and fraudulently conceal assets or make a false oath or statement under penalty of perjury—either orally or in writing—in connection with a bankruptcy case, you may be fined, imprisoned, or both.

- All information you supply in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the U.S. Trustee, the Office of the U.S. Attorney, and other offices and employees of the U.S. Department of Justice.

## Make sure the court has your mailing address

The bankruptcy court sends notices to the mailing address you list on *Voluntary Petition for Individuals Filing for Bankruptcy* (Official Form 101). To ensure that you receive information about your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in your address.

A married couple may file a bankruptcy case together—called a *joint case*. If you file a joint case and each spouse lists the same mailing address on the bankruptcy petition, the bankruptcy court generally will mail you and your spouse one copy of each notice, unless you file a statement with the court asking that each spouse receive separate copies.

## Understand which services you could receive from credit counseling agencies

The law generally requires that you receive a credit counseling briefing from an approved credit counseling agency. 11 U.S.C. § 109(h). If you are filing a joint case, both spouses must receive the briefing. With limited exceptions, you must receive it within the 180 days **before** you file your bankruptcy petition. This briefing is usually conducted by telephone or on the Internet.

In addition, after filing a bankruptcy case, you generally must complete a financial management instructional course before you can receive a discharge. If you are filing a joint case, both spouses must complete the course.

You can obtain the list of agencies approved to provide both the briefing and the instructional course from: http://www.uscourts.gov/services-forms/bankruptcy/credit-counseling-and-debtor-education-courses.

In Alabama and North Carolina, go to: http://www.uscourts.gov/services-forms/bankruptcy/credit-counseling-and-debtor-education-courses.

If you do not have access to a computer, the clerk of the bankruptcy court may be able to help you obtain the list.

# United States Bankruptcy Court

Eastern _____ District Of Washington _____

**In re** Jarod Cecil Breshears & Darcy Diane Breshears

Case No. _____

**Debtor**

Chapter  7  _____

### DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1.  Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

For legal services, I have agreed to accept . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ 1,600.00 _____

Prior to the filing of this statement I have received . . . . . . . . . . . . . . . . . . . . . . $ 0.00 _____

Balance Due . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ 1,600.00 _____

2.  The source of the compensation paid to me was:

    [✔] Debtor          [ ] Other (specify)

3.  The source of compensation to be paid to me is:

    [ ] Debtor          [✔] Other (specify)   Metlife

4.  [✔]  I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    [ ]  I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5.  Subject to any applicable local rule or court order, in return for the above-disclosed fee, I have agreed to render legal service for the following aspects of the bankruptcy case, except as excluded in Section 6:

    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

    b.  Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

    d.   Representation of the debtor in adversary proceedings and other contested bankruptcy matters;

    e.   [List other services that counsel has agreed to provide]

Negotiations with secured creditors to reduce market value; exemption planning, preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods; claim disputes; and relief from stay actions.

By agreement of the debtor(s), the above disclosed fees are a minimum fee in connection with this case.

If elected, client paid an additional $40 for an individual credit report or $65 for a joint credit report.

6.   By agreement with the debtor(s), the above-disclosed fee does not include the following services:

Representation of Debtor in any dischargeability actions, judicial lien avoidance, Rule 2004 exams, preparation and filing of reaffirmation agreements and applications, preparation and filing of necessary amendments, or any adversary proceeding. Motions to dismiss or convert this case to any other chapter.

Valuation/exemption disputes with the Trustee.

In the event that this matter requires work not covered by this minimum fee, additional services shall be charged at the following hourly rate: $400.00 per hour for all services provided by an attorney and up to $175.00 per hour for any Paralegal services

---

CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

03/05/2026

*Date*

/s/ Christopher Williams, 6342B

*Signature of Attorney*

Kootenai Bankruptcy, PLLC

*Name of law firm*

8475 N. Government Way

#101

Hayden, ID 83835

# ⛰ Kootenai Bankruptcy

8475 N Government Way
#101
Hayden, ID 83835
www.KootenaiBankruptcy.com

Phone: 208-719-0232
Chris@KootenaiBankruptcy.com

---

## BANKRUPTCY LEGAL REPRESENTATION AGREEMENT[1]

THIS AGREEMENT is entered into in Kootenai County, Idaho by and between
__Jarod and Darcy Breshears__ of __Liberty Lake__ WA (hereinafter together referred to as "Client") and Kootenai Bankruptcy, PLLC of 8475 N Government Way #101, Hayden, ID 83835 (hereinafter "Counsel" or the "Attorney").

OUR LAW FIRM IS A DEBT RELIEF AGENCY. WE HELP PEOPLE FILE FOR BANKRUPTCY RELIEF UNDER THE BANKRUPTCY CODE.

In consideration for services to be rendered to undersigned Client's ("Client") by Attorney __Christopher Williams__, ("Attorney") located at __Kootenai Bankruptcy__, in connection with representing Client regarding bankruptcy matters, Client, jointly and severally agrees to pay Attorney as follows:

1.      A total amount of $__1600.00 to be paid by Metlife__ is required to be paid for representation in Client's Chapter 7 or Chapter 13 bankruptcy case.  An additional _____ __X__ $338 or _____ $313 is to be paid by Client for the court filing fee of the bankruptcy petition.  For purposes of a Chapter 13 bankruptcy "Total Amount" is the initial deposit and subject to further attorney's fees billed at the hourly rate stated herein.

A retainer of $__60.00__ was paid on __12/23/2025__ A retainer is an advance payment for Attorney services and the expenses Attorney may incur on Client's behalf and does not cover the court filing fee.  Client understands that such amount will be credited against any amount Client owes Attorney and **will not be refunded** regardless of whether Client decides to cancel filing of the bankruptcy petition or not.

---

[1] Version 2024.01.01

An additional $250 will be added to the attorneys' fees if all documents required to file bankruptcy are not received within NINETY days of the effective date of this agreement, unless Attorney agrees in writing to extend such date. Attorney may require an ACH withdrawal form be signed if the case is not filed within 90 days at their discretion.

Client is required to pull a credit report through Attorney's office and has agreed to an additional fee of ____ $37 for a single credit report, _X_ $60 for a joint credit report.

Client understands that the original consultation initially provided at no cost by Attorney becomes billable work that attorney may elect to charge for once Attorney is retained by client.

Client understands and agrees that Attorney will bill against Client's retainer at Attorney's ordinary hourly rate if Client elects to not file their bankruptcy petition, they are ineligible to file a Chapter 7 bankruptcy, their file with Attorney is closed under Section 1, or does not file for any other reason. **Client and Attorney agree that the Administrative Cost of opening the bankruptcy file with our office is at least $500, and if Client requests a refund, at no point will Attorney bill less than $500, regardless of time spent on the case. In the case of a refund request, Client and Attorney further agree that Attorney will bill for no less than an additional $250 for every three months that the file is open with our office and the case remains unfiled.** Administrative Cost includes, but is not limited to, the costs of advertising that initialized the initial consultation, office work in opening the file, paralegal work in preparing documentation and client communication, periodic review of open and unfiled cases, and the attorney's hourly work.

Attorney may, at their own discretion, increase the required attorney's fees by any amount if Debtor submits false or misleading information whether orally or in writing, including on the initial intake form.

Client understands that if any check given in payment to Attorney is returned for insufficient funds, Client agrees to immediately pay Attorney a $40.00 fee in addition to the amount of the returned check. This payment and any future payments must therefore be made in cash, money order or debit card. If Client does not make that payment immediately, Attorney, at their discretion, may withdraw from representation.

CHAPTER 13 ONLY: Attorney's fees remaining owed after Client's Chapter 13 case is filed will be paid through the bankruptcy plan.

2. Attorney reserves the right to withdraw from Client representation if, among other things, Client fails to honor the terms of this Agreement, including non-payment of Attorney and court filing fees; Client fails to cooperate or follow advice on a material matter, or if any fact or circumstance arises or is discovered that would render continuing representation unlawful or unethical. Client is aware of an ethical requirement imposed upon all Attorneys in this state. If a Client, in the course of representation by an Attorney, perpetrates a fraud upon any person or tribunal, the Attorney is obligated to call upon the Client to rectify the same. If the Client refuses or is unable to do so, the Attorney is required to reveal the fraud

to the affected person or tribunal. If Attorney withdraws from representation under this section, Client agrees a refund will not be made of any funds to Client.

3.     Since the outcome of negotiations and litigation is subject to factors which cannot always be foreseen, Client acknowledges and understands that Attorney has made no promises or guarantees to Client concerning the outcome and is unable do so. Nothing in this Bankruptcy Retainer Agreement shall be construed as such a promise or guarantee.

4.     Client agrees that Attorney may discard Client records after five (5) years of the completion of the Client's bankruptcy case. It is Client's responsibility to pick up any original documentation left with Attorney's office.

5.     Attorney shall provide Client with the following services:

   a.  Review and analyze Client's financial circumstances based on information provided by Client.
   b.  If possible and to the extent possible, based on the information provided by Client, advise Client of the Clients options, including but not limited to bankruptcy options.
   c.  Inform Client what information Client needs to provide Attorney in order to allow Attorney to provide appropriate advice and option information, in the event such information Client provided is insufficient.
   d.  Advise Client of the appropriate requirements in connection with the filing of a Chapter 7 or Chapter 13 bankruptcy, including the duties of Client connected with such filing.
   e.  Quote the Client an estimated fee, to the extent possible given the information provided by Client, for the Attorneys service relative to providing bankruptcy assistance or other legal services to Client.
   f.  All typical Attorney required participation in such proceeding, including but not limited to, appearances at Court hearings, preparation of legal memoranda, and communication with opposing counsel and parties.
   g.  If Client's proceeding requires additional, but not customary work, Attorney will inform Client directly, and enter into a separate written contract for such services to fully apprise Client of the fees, payment requirements, and expected services to be provided.

6.     Client acknowledges his/her obligation to make full and complete disclosure of all assets and all liabilities, and to provide all documents and information requested by the Attorney, before the bankruptcy petition can be prepared and filed with the court.

7.     Client acknowledges that he/she must attend pre-petition credit counseling before the bankruptcy petition can be filed. Client understands that he/she must also attend post-petition counseling after the bankruptcy petition is filed and within the time frame allowed by statute. Client acknowledges that the bankruptcy cannot be filed without the certificate of completion of the pre-bankruptcy credit counseling course. Client understands that no

Page 3 of 8

discharge of debts will be issued if the post-bankruptcy credit counseling is not completed within the statutory time frame.

8.      Client acknowledges that Attorney does not represent Client in any other type of case, lawsuit or proceeding other than Client's bankruptcy case. The Attorney may make a special appearance in a court, other than the Bankruptcy Court, for the purpose of filing a notification of Client's bankruptcy proceedings, and to suggest to another court that Client's proceedings should be stayed. Sending or receiving any summons or complaint, or notifying the Attorney of a pending lawsuit does not obligate the Attorney to represent Client in that lawsuit or before that court. Any representation of Client in a state court proceeding, including without limitation: collection lawsuits, foreclosure lawsuits, and etc., is not included in this Bankruptcy Retainer Agreement. Any referral made to another Attorney to represent Client is a courtesy only. The Attorney is not associated with any other Attorney outside of the undersigned Attorney's law offices.

9.      Client acknowledges that the Attorney **will not research** creditor information, including addresses, account numbers, or balances. The Client must provide this information to the Attorney in writing. Failure to do so may result in unscheduled debts subject to non-dischargeability.

10.     Client agrees that the following matters are not included within the scope of this Bankruptcy Retainer Agreement. Client agrees that, as to the matters listed below, the Attorney will not take any action on Client's behalf, without a written request and/or a separate Retainer Agreement and possibly an additional retainer:

a. Motions to revoke a discharge.
b. Removal of a pending action in another court.
c. Obtaining title reports.
d. The determination of real estate or tax liens.
e. Appeals to the BAP, District Court of Court of Appeals.
f. Correcting credit reports.
g. Negotiations with Check Systems regarding Client.
h. Motions to Dismiss clients' bankruptcy case filed by the Trustee, U.S. Trustee, or any creditor.
i. Any adversary proceeding filed by the Trustee, U.S. Trustee, or any other party on any basis, including, without limitations, proceedings to determine dischargeability of debts.
j. Preparing reaffirmation agreements, negotiating the terms of reaffirmation agreements proposed by creditors, motions to redeem personal property, and negotiating reaffirmation agreements when Client's income is not sufficient to rebut the presumption of undue hardship and special circumstances do not warrant the signing of a reaffirmation agreement.
k. Motion to impose or extend the bankruptcy stay.
l. Objections to Discharge.

26-00394-FPC7     Doc 1     Filed 03/05/26     Entered 03/05/26 15:48:22     Pg 81 of 85

11.    Client understands that certain debts cannot be discharged in bankruptcy. Client agrees that Client is still liable to repay any debt not discharged in Client's bankruptcy. Client understands that the debts listed below are common examples of the types of debts that cannot be discharged in bankruptcy.  Client further understands that the list of non-dischargeable debts may be expanded by legislation or court decisions and Attorney has no control over the type of debts that may be or become non-dischargeable.

    a.  Certain types of taxes, custom duties, or debts to pay taxes or custom duties.
    b.  Student loans.
    c.  Debts owed for spousal or child support.
    d.  Debts owed to the spouse, former spouse, or child in a domestic relations proceeding.
    e.  Debts arising from a previous bankruptcy wherein discharge of that particular debt was waived.
    f.  Debts owed for money, property, services, extension-or-removal, or refinancing of credit, if obtained by false pretenses, or false representations, or actual fraud.
    g.  Consumer debts for luxury goods obtained within ninety (90) days of the date of filing of the bankruptcy petition.
    h.  Cash advances obtained within seventy (70) days of the date of the filing of the bankruptcy petition.
    i.  Debts owed for fraud or defalcation while acting in a fiduciary capacity, or embezzlement or larceny.
    j.  Debts owed for fines, penalties, or forfeitures payable to and for the benefit of governmental entity.
    k.  Debts owed for death or personal injury arising from the operation of a motor vehicle, boat, or aircraft while intoxicated by drugs or alcohol.
    l.  Debts owed to a spouse, former spouse, or child that is incurred by the debtor in the course of a divorce or separation or in connection with a separation agreement, divorce decree or other order of a court of record.

12.    Client understands that filing bankruptcy does not automatically discharge or remove liens from any real estate.  Client agrees that the Attorney will not take any action to avoid (remove) any lien on real estate unless Client specifically authorizes the Attorney to do so in writing.  Client agrees that the Attorney will rely on Client's statements concerning ownership of real property and any liens attached to Client's real property.  Client agrees that no real estate title search will be conducted. Client agrees that Attorney will not conduct a public records search for lawsuits filed against Client or judgments granted against Client. Client must separately order and pay for a real estate title search, or public records search for lawsuits or judgments, if client wishes to obtain one.  **Client agrees to hold the Attorney harmless if client later discovers liens, lawsuits or judgments against Client or against Client's real estate.**

13.    Client understands that individuals who file for relief under Chapter 7 or Chapter 13 of the Bankruptcy Code are subject to audits by the U.S. Trustee.  If Client's case is selected for an audit, Client agrees to pay Attorney the customary hourly rate for representing Client in such audit.

Page  5 of 8

15. **Tax Refunds and Tax Return**: Client understands that if Client files a tax return while their bankruptcy case is open, they are required to send the Tax Return to the Chapter 7 bankruptcy trustee. They also understand that any tax refund received by client while the bankruptcy case is open is subject to seizure and distribution within the bankruptcy case. Client understands that in a Chapter 13 bankruptcy, all tax refunds are required to be turned over to the Chapter 13 Trustee during the pendency of the case.

**Fee Schedule**: Any of the following matters in addition to the core bankruptcy will require a separate representation agreement and additional fees at the following amounts:

| | |
|---|---|
| Reaffirmation Agreement | $125 |
| Amendments | $125 |
| Adding Creditors | $125, plus court fee of $34 |
| Expedite petition (file within two weeks of retain) | $300 |
| Rescheduled 341 meeting | $125 |
| Any other additional work | Hourly |
| Missed Appointment | $125 |
| Fee for printing documents after bankruptcy has closed | $10 minimum, $0.20 per page. |

An Attorney's hourly billing rate is $350. A Paralegal's hourly billing rate is $125.

**Additional Disclosures:**

| | |
|---|---|
| I understand that the information I am providing must be true and correct to the best of my knowledge under penalty of perjury. The FBI investigates and the United States Attorney prosecutes bankruptcy fraud. | JB |
| I understand that it is my responsibility to fully complete all parts of the worksheet and/or NextChapter online forms. | JB |
| I will double check to make sure the spelling of my name and social security number is accurate as well as clearly and correctly printed. | JB |
| I understand that I must list all of my creditors and that if I do not list a creditor, it may not be listed in my bankruptcy petition, and I run the risk of owing that creditor after my bankruptcy case is closed. | JB |
| I acknowledge that the Attorney has informed me that I am not to use any of my credit cards after the initial consultation, and I agree not to use my credit cards, including for this case's attorney's fees. | JB |
| I understand that I must continue to make payments on any secured debts (mortgage, automobiles, property, etc.) that I intend to keep. If I fail to make payments on these debts, I risk foreclosure/repossession. | JB |
| I understand that regardless of when I file my bankruptcy during the year, I run the risk of losing my tax refund. | JB |
| I understand that I must provide my **Driver's License** and my **Social Security card** to Attorney prior to filing. | JB |

Page 6 of 8

15.     Client acknowledges that Client has read and understands all the terms contains in this Bankruptcy Retainer Agreement and that, whether written, spoken, recorded or transcribed by any other means, no other terms are made part of this Bankruptcy Retainer Agreement. Client is in agreement with the terms of this agreement and has signed on the signature lines below. Client further acknowledges that Client has received a copy of this Bankruptcy Retainer Agreement.

**DISCLAIMER OF GUARANTEE AND ESTIMATES.** Nothing in this Agreement and nothing in Attorney's statements to Client will be construed as a promise or guarantee about the outcome of the matter. Attorney makes no such promises or guarantees. Attorney's comments about the outcome of the matter are expressions of opinion only. Any estimate of fees given by Attorney shall not be a guarantee. Actual fees may vary from estimates given.

**NOT CONSTRUED AGAINST DRAFTER.** This Agreement shall be construed without regard to any presumptions against the party preparing this document.

**ENTIRE AGREENT.** This Agreement contains the entire agreement of the parties. No other agreement, statement, or promise made on or before the effective date of this Agreement will be binding on the parties, unless modified by subsequent agreement as further described.

**SEVERABILITY IN EVENT OF PARTIAL INVALIDITY.** If any provision of this Agreement is held in whole or in part to be unenforceable for any reason, the remainder of that provision and of the entire Agreement will be severable and remain in effect.

**MODIFICATION BY SUBSEQUENT AGREEMENT.** This agreement may be modified by subsequent agreement of the parties only by an instrument in writing signed by both parties.

**EFFECTIVE DATE.** This Agreement will govern all legal services performed by Attorney on behalf of Client commencing with the date Attorney first performed services. The date at the beginning of this Agreement is for reference only. Even if this Agreement does not take effect, Client will be obligated to pay Attorney the reasonable value of any services Attorney may have performed for Client.

THE PARTIES HAVE READ AND UNDERSTOOD THE FOREGOING TERMS AND AGREE TO THEM. IF MORE THAN ONE CLIENT SIGNS BELOW, EACH AGREES TO BE LIABLE, JOINTLY AND SEVERALLY, FOR ALL OBLIGATIONS UNDER THIS AGREEMENT.

DATED: ___12/23/2025___

DATED: _3/5/2026_

Client Signature: _____

Printed Name ___Jarod Breshears___

Joint-Client Signature: _Darcy Breshears_

Printed Name: _Darcy Breshears_

DATED: ___12/23/2025___

Kootenai Bankruptcy, PLLC

By _____

Print Name Christopher Williams

Title _Attorney_